E-FILED
Monday, 23 March, 2020 10:17:10 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>1450 Summit Drive (Apartment 4) in Pekin, Illinois; and<br>Sebastian S. Sale and Rachel M. Miller | )<br>)<br>)<br>)<br>)<br>)    Case No. 20 - MJ - 6051 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Central _____ District of _____ Illinois _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252A | Possession, Receipt, and Distribution of Child Pornography |

The application is based on these facts:

See Affadavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Steven C. Smith
_____
*Applicant's signature*

TFO, Steve Smith, DHS/HSI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

s/Jonathan E. Hawley

Date: _____ 03/23/2020 _____

*Judge's signature*

City and state: Peoria, IL

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Steven C. Smith, being duly sworn on oath state the following:

1.      I am a Detective with the Washington, Illinois, Police Department and I have been employed as a police officer since 2003.  I am currently assigned as a Task Force Officer (TFO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois.  As part of my responsibilities as an HSI TFO, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media.  I have received training in the area of peer-to-peer trading of child pornography and other files and child exploitation offenses.  I have been the affiant for over 15 state search warrants and over 100 state arrest warrants.  I have also participated in the execution of numerous state and federal search warrants that were based on alleged child exploitation and/or child pornography offenses.

2.      This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations.  Since this

affidavit is being submitted for the limited purpose of securing a search warrant, I have

not included each and every fact known to me concerning this investigation.

3.      This affidavit is made in support of an application for a warrant to search

the premises located at 1450 Summit Drive (Apartment 4) in Pekin, Illinois, (the

SUBJECT PREMISES) and the person of Sebastian Sale (DOB: 12/19/1990) and the

person of Rachel M. Miller (DOB: 03/04/1992) (the INDIVIDUALS).  The SUBJECT

PREMISES and the INDIVIDUALS are more particularly described in Attachment A.

4.      I am thoroughly familiar with the information contained in this affidavit,

which I have learned through my investigation, information from other law

enforcement officers, and review of documents.  I respectfully submit there is probable

cause to believe that the following violations of 18 U.S.C. §§ 2252 and 2252A, which

make it a federal crime for any person to knowingly receive, distribute and possess

child pornography, have been committed and that evidence, fruits and

instrumentalities of these offenses are present at the SUBJECT PREMISES.

5.      In summary, your affiant believes probable cause exist that shows

Sebastian Sale is or was in control of at least two Google accounts

("1mommyanddaddy469" and "king.green1990") that he used these accounts to

distribute digital files that contained child pornography through the Internet.

Furthermore, your affiant's investigation determined that Sebastian Sale resides at the

SUBJECT PREMISES, and that evidences, fruits and instrumentalities of these federal

violations will be located in the SUBJECT PREMISES.

## PROBABLE CAUSE

### CYBERTIPLINE REPORT # 61109977 – GOOGLE INC.

6.        Google, Inc. ("Google") is an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043 and operates the publicly accessible website www.google.com. Since their debut, Google currently maintains a variety of online content products and services and they are ranked as one of the most frequently visited web sites in the United States.

7.        In December 2019, Google reported a series of cyber-tips (CTR) to National Center for Missing and Exploited Children (NCMEC) regarding a Google user in Illinois who was uploading apparent child pornography to Google servers.

8.        On or about December 13, 2019, Google reported to the NCMEC that the user "King.Green1990@gmail.com," uploaded seven files that Google suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography."

9.        The CTR also notes,

a.        "Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256. Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

b.      Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

c.      Any account reported in this Cybertip may or may not be disabled in the course of making the report. For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

d.      If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

e.      With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip.

f.      When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography."

10.     The CTR notes the following about the Google user:

a.      Name: Sebastian Sale

b.      Mobile Phone: +13093405389 (Verified 11-02-2017 13:09:17 UTC)

    c.      Mobile Phone: +13094045225 (Verified 11-06-2019 15:30:27 UTC)

    d.      Email Address: king.green1990@gmail.com (Verified)

    e.      Email Address: king_green1990@yahoo.com

11.    The CTR notes the following IP Address, listed below by IP Address, type of activity, date and time of the activity, and who owns the IP Address according to the American Registry of Internet Numbers (ARIN).

    a.      2601:247:4003:cc50:f972:2710:a8a6:a549 (Login) - 12-09-2019 20:41:48 UTC (Comcast Cable Communications, LLC)

    b.      73.110.34.70 (Login) - 12-03-2019 13:25:33 UTC (Comcast IP Services, LLC)

    c.      2601:247:4003:cc50:80c1:ee26:5c84:fd31 (Login) - 12-02-2019 12:15:18 UTC (Comcast Cable Communications, LLC)

    d.      2600:1:9284:719e:0:55:24c8:9601 (Login) - 11-06-2019 15:32:55 UTC (Sprint Chicago POP)

    e.      2607:fb90:a2f6:9247:0:6:9426:8301 (Login) - 09-28-2019 04:46:18 UTC (T-Mobile USA, Inc.)

    f.      73.110.34.3 (Login) - 09-01-2019 18:43:57 UTC (Comcast IP Services, LLC)

    g.      96.74.173.169 (Login) - 09-01-2019 18:33:52 UTC (Comcast Cable Communications, LLC)

    h.      2607:fb90:a3a5:188b:0:9:f6a0:6b01 (Login) - 08-03-2019 08:24:42 UTC (T-Mobile USA, Inc.)

i.        66.41.61.163 (Login) - 04-03-2019 11:14:52 UTC (Comcast Cable

Communications Holdings, LLC).

12.      The CTR also notes, "Google became aware of the reported content which

was stored in Google Photos Infrastructure."

13.      The CTR reflects the user uploaded the following files, which are listed

below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated

with File, whether or not Google viewed the entire contents of the uploaded file, and

whether or not the contents of the uploaded files were publicly available.

a.        **Filename: report_12314356780103999509**

MD5: 66588dec999a315a3ff84bb238efbd58

Submittal ID: 59f1db2fd99f96ff1f02833fade96753

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

b.        **Filename: report_12950133125923131497**

MD5: 78d6faac95de8e085ae5c7999fd6403f

Submittal ID: 04d855513140e12b21da2e9a50232326

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

c.        **Filename: report_586988317303056825**

MD5: 09ce1bb8d4ee62f840f6a5e5a9d29130

Submittal ID: 70d526bbc695f9ac632393abdf197e09

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

    d.    **Filename: report_9666486933096817905**

MD5: 599977784f4556536a995c1875ed1a1e

Submittal ID: 5a61e168fc7543d7fcf1a071e032096b

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided

by Company)

Were entire contents of uploaded file publicly available? No

    e.    **Filename: report_367058357009395470**

MD5: c79f218347479a2e2b79bbce14935cc2

Submittal ID: d7b90c4ae9751083cd0a79156ebebf31

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

    f.    **Filename: report_5918409517599550384**

MD5: a916702172a3b7878fd7ee84ad1c645b

Submittal ID: d22b8956b1994553df7c81de0c5915cf

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

### g. **Filename: report_14812888308628072645**

MD5: 265413d2882bab35e55aca15e5ca62ce

Submittal ID: 398147ee0033faa3657705b18f025e37

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

14.     I reviewed the files that Google employees already reviewed.  My findings are:

### a. **File Name: report_9666486933096817905**

MD5 Hash: 599977784f4556536a995c1875ed1a1e

Description: This digital image depicts two images combined into one image.  On the left side of the image, a prepubescent female is shown in the nude.  The female has her legs spread, and her vagina is shown.  The female also has a clear liquid, possible semen, on her chest, stomach and vaginal area.  On the right side of the image, the same prepubescent female is shown with an adult male.  The adult male is shown with his left hand on his erect penis.  The female is still in the nude but does not have the clear liquid on her.

### b. **File Name: report_5918409517599550384**

MD5 Hash: a916702172a3b7878fd7ee84ad1c645b

Description: This is a digital image depicting a female, approximately 8-years old, positioned face down.  The female is wearing a white shirt but is not wearing any clothing below the waist.  The opening of the female's anus is shown and appears to be the focal point of the image.  A male's erect penis is shown close to the female's anus.

15.    I obtained a federal search warrant (20-mj-6021) to review the files Google employees did not review.  I submitted this warrant to the Illinois Attorney General's Office (ILAG) on February 11, 2020.

    a.    I reviewed these files once the ILAG made the files available. These files are: report_367058357009395470, report_586988317303056825, report_12314356780103999509, report_12950133125923131497, and report_14812888308628072645.  All of these files contain child pornography.

**CYBERTIPLINE REPORT # 61177729 – GOOGLE INC**

16.    On or about December 14, 2019, Google reported to the National Center NCMEC that the user "King.Green1990@gmail.com," uploaded a single file that is suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography."

17.    Google provided the same information regarding their handling of CTRs as it did in the previously discussed CTR.

18.    The CTR notes the following about the suspect:

    a.    Name: Sebastian Sale

    b.    Mobile Phone: +13093405389 (Verified 11-02-2017 13:09:17 UTC)

      c.      Mobile Phone: +13094045225 (Verified 11-06-2019 15:30:27 UTC)

      d.      Email Address: king.green1990@gmail.com (Verified)

      e.      Email Address: king_green1990@yahoo.com

19.      Google provided the following digital file with this CTR

      a.      **Filename: Google-CT-RPT-bc565a183db3e077b4cf7fe1fc33ad20-20150718_105358.jpg**

MD5: fb0cc73361caf609d668b72273b5cc9f

Submittal ID: 973cd280bb637f63f7fcedc52a3e2e56

Original Filename Associated with File: 20150718_105358.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

**Description**: I reviewed the file.  The file is a blurry digital image that depicts a female child.  The female is lying on her back with her pants pulled down.  Someone is changing the child's diaper, which is lying on the floor under the female.  The focal point of the image is the female's vagina.

      1.      I used Opanda PowerExif to determine if the image contained any metadata.  According to Opanda, the camera associated with this image is a Samsung SM-G900P.  The date and time associated with this file is 10:53:58 on 07-18-2015.

2.      Comparing the metadata with the file name, I observed the file name contains "20150718_105358.jpg."


### CYBERTIPLINE REPORT # 61307992 – GOOGLE INC

20.      On or about December 17, 2019, Google reported to the NCMEC that the user "King.Green1990@gmail.com," uploaded a single file that is suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography."

21.      Google provided the same information regarding their handling of CTRs as it did in the previously discussed CTR.

22.      The CTR notes the following about the suspect:

    a.      Name: Sebastian Sale

    b.      Mobile Phone: +13093405389 (Verified 11-02-2017 13:09:17 UTC)

    c.      Mobile Phone: +13094045225 (Verified 11-06-2019 15:30:27 UTC)

    d.      Email Address: king.green1990@gmail.com (Verified)

    e.      Email Address: king_green1990@yahoo.com

23.      Google provided the following digital file with this CTR

    a.      **Filename: Google-CT-RPT-92720d788512a262c785583feecb54c8-2019-12-09**

MD5: 4825c5bc4acd167bade2c7bfc1cb135d

Submittal ID: a461eb63d2255f583a6757f338af9111

Original Filename Associated with File: 2019-12-09

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? (Information Not Provided by Company)

24.     I reviewed the video file using the VLC player.  The video, which is approximately 1 minute and 23 seconds in length, depicts a prepubescent female lying on her back.  The female is wearing a light blue dress.  She is not wearing any pants or underwear.  An adult male is repeatedly placing his erect penis against the female's vagina.

25.     On February 2, 2020, I preserved the Google account King.Green1990@gmail.com, and accounts associated with the CTRs.

**GOOGLE'S RESPONSE TO FEDERAL SEARCH WARRANT 20-MJ-6022**

26.     On February 11, 2020, I obtained a search warrant (20-MJ-6022) relating to the Google account "King.Green1990@gmail.com", and accounts associated with the CTRs from the United States District Court for the Central District of Illinois.

27.     On February 11, 2020, I submitted federal search warrant 20-mj-6022 to Google using Google's law enforcement portal.

28.     On February 18, 2020, I received notification from Google that they provided the data listed in search warrant 20-MJ-6022.  I accessed Google's law enforcement portal and downloaded the data, which is over 30 GBs in size.

29.     Within the data provided by Google, the name listed for the subscriber is Sebastian Sale.

30.     The data provided by Google indicates the user created the account king.green1990@gmail.com on 2012/06/24.

31.     The data provided by Google listed two phones for the account.  The numbers are +13094045225 [US], +13093405389 [US].

32.     Within the data provided by Google, I observed a folder titled "king.green1990.chats."  I observed the following chats between the user king.green1990@gmail.com and what I believe is user KJ46299@gmail.com:  The following chats are snippets of the entire chats between the two users and is not every communication.

     a.     2016-09-28 13:45:31 kj46299@gmail.com: Hangout started, kj46299@gmail.com

     b.     2016-09-28 13:45:53 kj46299@gmail.com: Hangout ended, duration: 21 seconds, kj46299@gmail.com

     c.     2016-09-28 13:46:43 king.green1990@gmail.com: I didn't mean to call.

     d.     2016-09-28 13:48:35 ight kk

     e.     2016-09-28 13:56:49 So

     f.     2016-09-28 13:57:26 king.green1990@gmail.com: What's up?

     g.     2016-09-28 13:58:08 Nun much hbu

     h.     2016-09-28 14:02:27 king.green1990@gmail.com: Having some fun

i.	2016-09-28 14:03:10 wym ddy

j.	2016-09-28 14:23:53 king.green1990@gmail.com: Playing

k.	2016-09-28 14:24:05 king.green1990@gmail.com: How freaky are you?

l.	2016-09-28 14:38:29 does it matter?

m.	2016-09-28 14:39:27 king.green1990@gmail.com: I Love freaky girls

n.	2016-09-28 14:39:36 (: lol

o.	2016-09-28 14:41:09 king.green1990@gmail.com: Do you have any taboo fantasies?

p.	2016-09-28 14:41:20 lol not talking bout em till u do

q.	2016-09-28 14:43:21 king.green1990@gmail.com: OK...

r.	2016-09-28 14:44:35 king.green1990@gmail.com: I like to watch siblings together...☺

s.	2016-09-28 16:11:54 ha-ha

t.	2016-09-28 16:12:05 well I seen what you txted me on chat hour

u.	2016-09-28 16:12:08 so whys that

v.	2016-09-28 16:12:31 king.green1990@gmail.com: I like watching girls get fucked by dogs. And incest

w.	2016-09-28 16:12:36 king.green1990@gmail.com: I like you

x.	2016-09-28 16:12:40 king.green1990@gmail.com: Sorry

y.	2016-09-28 16:12:43 lol u said that

z.	2016-09-28 16:12:44 a lot

aa.     2016-09-30 12:23:51 tbh i kinda dnt wanna

bb.     2016-09-30 12:24:05 king.green1990@gmail.com: K

cc.     2016-09-30 12:24:34 ur not gonna argue, that weird but good

dd.     2016-10-02 20:07:55 king.green1990@gmail.com: Hey

ee.     2016-10-02 21:55:29 hi

ff.     2016-10-03 12:26:50 Hi again (:

gg.     2016-10-03 13:09:30 king.green1990@gmail.com: Hi...☺

hh.     2016-10-03 13:09:35 y sad

ii.     2016-10-03 13:14:29 Sabastian?

jj.     2016-10-03 13:22:49 king.green1990@gmail.com: IDK..

kk      2016-10-03 13:23:00 😔

ll.     2016-10-03 13:23:44 king.green1990@gmail.com: Just tired of
everybody using me for what they want, but I never get what I

mm.     2016-10-05 17:23:48 That sux doesn't it?

nn.     2016-10-05 17:24:03 I need to smile more

oo.     2016-10-05 17:24:49 king.green1990@gmail.com: I would throw you
on the bed and spank your ads.

pp.     2016-10-05 17:24:54 mm

qq.     2016-10-05 17:24:55 king.green1990@gmail.com: Ass*

rr.     2016-10-05 17:24:58 lol

ss.     2016-10-05 17:25:05 hard?

tt.     2016-10-05 17:25:12 king.green1990@gmail.com: Yes

uu.    2016-10-05 17:25:19 fuck Daddy (:

vv.    2016-10-05 17:25:48 king.green1990@gmail.com: And then slide my cock in your tight little pussy.

ww.    2016-10-05 17:25:58 (: meow

xx.    2016-10-05 17:26:22 you know these r the times id think youd smile

yy.    2016-10-05 17:26:30 but i believe you still arent smiling

zz.    2016-10-05 17:27:10 king.green1990@gmail.com: Lol

aaa.    2016-10-05 17:27:21 I'm beign serious

bbb.    2016-10-05 17:27:26 I want you to smile

ccc.    2016-10-05 17:27:31 you're always sad

ddd.    2016-10-05 17:27:58 king.green1990@gmail.com: I'd slip it in and out for a little bit and play with your asshole.

eee.    2016-10-05 17:28:08 mmmm

fff.    2016-10-05 17:29:09 king.green1990@gmail.com: Then I'll put it in your ass and call the dog over to lick your pussy while I fuck you up your Ass.

ggg.    2016-10-05 17:29:25 damn Daddy

hhh.    2016-10-05 17:29:27 naughty

iii.    2016-10-05 17:29:29 d:

jjj.    2016-10-05 17:30:19 king.green1990@gmail.com: You like that little girl?

kkk.    2016-10-05 17:30:44 yess

lll.     2016-10-05 17:32:33 king.green1990@gmail.com: First I'm going to cum deep in that pussy so the Doggy will have something to lick out.

want.

33.     Within the data provided by Google, I observed a folder titled "king.green1990.chats."  I observed the following chats between the user king.green1990@gmail.com and the user Sectoy633@gmail.com:

a.     2019-07-03 20:42:13 king.green1990@gmail.com:

b.     2019-07-03 20:42:13 king.green1990@gmail.com:

c.     2019-07-03 20:42:13 king.green1990@gmail.com:

d.     2019-07-03 20:42:13 king.green1990@gmail.com:

e.     2019-07-03 20:42:16 king.green1990@gmail.com: Heyyy

f.     2019-07-03 20:42:16 king.green1990@gmail.com:

g.     2019-07-03 20:42:42 sectoy633@gmail.com:

h.     2019-07-03 20:42:52 sectoy633@gmail.com: Hi

i.     2019-07-03 20:42:52 sectoy633@gmail.com:

j.     2019-07-03 20:42:57 sectoy633@gmail.com: Who this

k.     2019-07-03 20:43:57 king.green1990@gmail.com:

l.     2019-07-03 20:44:11 king.green1990@gmail.com:

Mommyanddaddy69

m.     2019-07-03 20:44:20 sectoy633@gmail.com: Cool

n.     2019-07-03 20:44:34 sectoy633@gmail.com: Who there

o.     2019-07-03 20:44:36 king.green1990@gmail.com: Are you all wet?

p.      2019-07-03 20:44:45 king.green1990@gmail.com: No one right now

q.      2019-07-03 20:45:11 sectoy633@gmail.com: I mean hubby with you

r.      2019-07-03 20:46:17 king.green1990@gmail.com: This is

s.      2019-07-03 20:46:29 king.green1990@gmail.com: Wifey is asleep

t.      2019-07-03 20:46:48 sectoy633@gmail.com: So was I talk to you on chat

u.      2019-07-03 20:46:55 king.green1990@gmail.com: Yes

v.      2019-07-03 20:47:11 king.green1990@gmail.com: She wants to fuck her 8yo boy.

w.      2019-07-03 20:47:22 sectoy633@gmail.com: You've a cock to show me

x.      2019-07-03 20:47:58 king.green1990@gmail.com: Show me something to get it excited

y.      2019-07-03 20:49:40 sectoy633@gmail.com: [ This is a photo of an erect penis ]

z.      2019-07-03 20:50:10 king.green1990@gmail.com: Mmm

aa.     2019-07-03 20:50:18 king.green1990@gmail.com: Do you like taboo

bb.     2019-07-03 20:52:37 sectoy633@gmail.com: You jealous she wants his cock

cc.     2019-07-03 20:53:34 king.green1990@gmail.com: No

dd.     2019-07-03 20:53:37 sectoy633@gmail.com: Show me you and your wife fucking

ee.     2019-07-03 20:53:51 sectoy633@gmail.com: And I'll show you me getting fucked

ff.     2019-07-03 20:59:26 sectoy633@gmail.com: ?

gg.     019-12-01 13:23:58 king.green1990@gmail.com: Hi

34.     Within the data provided by Google, I observed a folder titled "king.green1990.chats." I observed the following chats between the user king.green1990@gmail.com and the user Poetguy001@gmail.com:

a.     2019-12-01 13:23:41 poetguy001@gmail.com:

b.     2019-12-01 13:23:41 poetguy001@gmail.com:

c.     2019-12-01 13:23:41 poetguy001@gmail.com:

d.     2019-12-01 13:23:41 poetguy001@gmail.com:

e.     2019-12-01 13:23:44 king.green1990@gmail.com: Hey

f.     2019-12-01 13:23:44 king.green1990@gmail.com:

g.     2019-12-01 13:24:03 poetguy001@gmail.com:

h.     2019-12-01 13:24:03 poetguy001@gmail.com:

i.     2019-12-01 13:24:12 poetguy001@gmail.com: Hello

j.     2019-12-01 13:24:32 poetguy001@gmail.com: Are you from chat hour daddy

k.     2019-12-01 13:27:03 king.green1990@gmail.com:

l.     2019-12-01 13:27:07 king.green1990@gmail.com: Yes

m.     2019-12-01 13:27:43 poetguy001@gmail.com: Awesome . How are you doing this fine morning

n.      2019-12-01 13:28:09 king.green1990@gmail.com: So horny

o.      2019-12-01 13:28:49 poetguy001@gmail.com: I know the feeling well

p.      2019-12-01 13:29:35 poetguy001@gmail.com: If I was there with you all what could I do to help you out ?

q.      2019-12-01 13:30:33 king.green1990@gmail.com: Go find some kids.

r.      2019-12-01 13:32:00 poetguy001@gmail.com: Ummmm like at a library maybe . Kinda chilly for parks and such .

s.      2019-12-01 13:32:01 king.green1990@gmail.com: Can I see something nasty?

t.      2019-12-01 13:32:10 king.green1990@gmail.com: Mmmm

u.      2019-12-01 13:33:02 poetguy001@gmail.com: I'd have to take a couple pics . But I can if you give me a few .

v.      2019-12-01 13:33:22 king.green1990@gmail.com: Do you have any young?

w.      2019-12-01 13:33:30 poetguy001@gmail.com: No

x.      2019-12-01 13:34:05 poetguy001@gmail.com: Just me . Was kinda hoping mommy and daddy had some

y.      2019-12-01 13:34:31 poetguy001@gmail.com: Guess maybe we are in the same boat huh.

35.     Within the data provided by Google, I observed a folder titled "king.green1990.chats."  I observed the following chats between the user king.green1990@gmail.com and the user Zaa232845@gmail.com:

a.     2019-12-09 20:45:31 zaa232845@gmail.com:

b.     2019-12-09 20:47:19 king.green1990@gmail.com: Anyone around?

c.     2019-12-09 20:47:26 zaa232845@gmail.com: Yes sorry

d.     2019-12-09 20:47:50 king.green1990@gmail.com: Who is around?

e.     2019-12-09 20:47:59 zaa232845@gmail.com: My mom

f.     2019-12-09 20:48:33 king.green1990@gmail.com: You pulled it out with her around?

g.     2019-12-09 20:49:59 zaa232845@gmail.com: No i have picture of my dick

h.     2019-12-09 20:50:04 zaa232845@gmail.com: What about you

i.     2019-12-09 20:50:12 zaa232845@gmail.com: Anyone around?

k.     2019-12-09 20:50:16 king.green1990@gmail.com: No.

l.     2019-12-09 20:50:33 king.green1990@gmail.com: Mom ever catch you jerking off?

j.     2019-12-09 20:51:05 zaa232845@gmail.com: No

k.     2019-12-09 20:51:31 king.green1990@gmail.com: You ever see her naked?

l.     2019-12-09 20:52:04 zaa232845@gmail.com: No

m.     2019-12-09 20:53:54 king.green1990@gmail.com: Do you want to jerk off to her?

n.     2019-12-09 20:54:42 zaa232845@gmail.com: No

o.      2019-12-09 20:54:56 zaa232845@gmail.com: I want to jerk off to young boys and girls

p.      2019-12-09 21:00:18 zaa232845@gmail.com: Have you ever try doing something naughty with young boys or girls??

q.      2019-12-17 12:44:51 zaa232845@gmail.com: Hey

r.      2019-12-17 12:44:55 zaa232845@gmail.com: How are you today??

s.      2019-12-06 13:28:28 zaa232845@gmail.com:

t.      2019-12-06 13:28:28 zaa232845@gmail.com:

u.      2019-12-06 13:28:28 zaa232845@gmail.com:

v.      2019-12-06 13:28:28 zaa232845@gmail.com:

w.      2019-12-06 13:28:30 king.green1990@gmail.com: Hey

x.      2019-12-06 13:28:30 king.green1990@gmail.com:

y.      2019-12-06 13:28:37 zaa232845@gmail.com:

z.      2019-12-06 13:28:37 zaa232845@gmail.com:

aa.     2019-12-06 13:28:39 zaa232845@gmail.com: Hi

bb.     2019-12-06 13:30:11 zaa232845@gmail.com: Have you ever try doing something naughty with young boys or girls??

cc.     2019-12-06 13:36:56 king.green1990@gmail.com:

dd.     2019-12-06 13:37:02 king.green1990@gmail.com: Yes. Have you?

ee.     2019-12-06 13:37:23 zaa232845@gmail.com: Once

ff.     2019-12-06 13:37:24 zaa232845@gmail.com: Yes

gg.    2019-12-06 13:38:08 king.green1990@gmail.com: Can I see something fun?

hh.    2019-12-06 13:38:15 zaa232845@gmail.com: Sure

ii.    2019-12-06 13:38:27 zaa232845@gmail.com: But what u can give me for it??

jj.    2019-12-06 13:38:58 king.green1990@gmail.com: Depends on how good it is.

kk.    2019-12-06 13:39:05 king.green1990@gmail.com: What's your age limit?

ll.    2019-12-06 13:39:16 zaa232845@gmail.com: Between 6 to 15 years

mm.    2019-12-06 13:39:49 king.green1990@gmail.com: Ok. I don't have one

nn.    2019-12-06 13:40:04 zaa232845@gmail.com: What u have?

oo.    2019-12-06 13:40:24 king.green1990@gmail.com: Just about anything

pp.    2019-12-06 13:40:57 zaa232845@gmail.com: U meant adult sex videos?

qq.    2019-12-06 13:47:05 king.green1990@gmail.com: And more...

rr.    2019-12-06 13:47:22 zaa232845@gmail.com: Like what?

ss.    2019-12-06 13:47:31 zaa232845@gmail.com: Tell me what u have

tt.    2019-12-06 13:47:47 zaa232845@gmail.com: I have over 200 videos of young girls get fucked and mastrubate

uu.    2019-12-06 13:47:51 king.green1990@gmail.com: Young

vv.     2019-12-06 13:47:56 king.green1990@gmail.com: How young?

ww.     2019-12-06 13:48:08 zaa232845@gmail.com: Between 5 to 15

xx.     2019-12-06 13:50:06 zaa232845@gmail.com: U like young girls videos?

yy.     2019-12-06 13:50:31 king.green1990@gmail.com: Yess

zz.     2019-12-06 13:51:07 zaa232845@gmail.com: Tell me about the videos you have?

aaa.    2019-12-06 13:54:24 zaa232845@gmail.com: ?

bbb.    2019-12-06 13:56:05 king.green1990@gmail.com: Anything from babies to teens.

ccc.    2019-12-06 13:56:15 zaa232845@gmail.com: Oh wow

ddd.    2019-12-06 13:56:24 zaa232845@gmail.com: So u have a lot of videos lol

eee.    2019-12-06 13:56:31 king.green1990@gmail.com: Yes

fff.    2019-12-06 13:56:46 zaa232845@gmail.com: Where wan can trade videos?

ggg.    2019-12-06 13:56:54 zaa232845@gmail.com: Where we **

hhh.    2019-12-06 13:57:59 king.green1990@gmail.com: Here?

iii.    2019-12-06 13:58:12 zaa232845@gmail.com: My all videos on mega

jjj.    2019-12-06 13:58:19 zaa232845@gmail.com: I can send it all there

kkk.    2019-12-06 13:58:24 zaa232845@gmail.com: I cant here

lll.    2019-12-06 13:58:37 zaa232845@gmail.com: I tried couple of times

mmm. 2019-12-06 13:58:41 king.green1990@gmail.com: Ok

nnn.　2019-12-06 13:59:03 zaa232845@gmail.com: What's your mega email??

ooo.　2019-12-06 13:59:16 king.green1990@gmail.com: Mommyanddaddy469@gmail.com

ppp.　2019-12-06 14:00:41 zaa232845@gmail.com: I send friend request

qqq.　2019-12-06 14:02:58 zaa232845@gmail.com: I add u on mega

rrr.　2019-12-06 14:26:32 king.green1990@gmail.com: Did you get the video?

sss.　2019-12-06 14:31:13 zaa232845@gmail.com: Yes

ttt.　2019-12-06 14:31:16 zaa232845@gmail.com: One video

uuu.　2019-12-06 14:31:28 zaa232845@gmail.com: I want more 😆

vvv.　2019-12-06 19:31:18 zaa232845@gmail.com: Hey

www. 2019-12-06 19:31:32 zaa232845@gmail.com: I know I bother you but can u send me videos

xxx.　2019-12-09 20:43:14 king.green1990@gmail.com: How old are you?

yyy.　2019-12-09 20:43:25 zaa232845@gmail.com: 19

zzz.　2019-12-09 20:43:27 zaa232845@gmail.com: Why??

aaaa.　2019-12-09 20:43:35 king.green1990@gmail.com: Bi?

bbbb.　2019-12-09 20:43:40 zaa232845@gmail.com: Top bi

cccc.　2019-12-09 20:43:53 king.green1990@gmail.com: Can I see your cock?

36.     Within the data provided by Google, I observed a folder titled

"king.green1990.chats."  I observed the following chats between the user

king.green1990@gmail.com and the user Hotbabe9419@gmail.com:

a.      2019-12-09 21:12:22 king.green1990@gmail.com:

b.      2019-12-09 21:13:46 king.green1990@gmail.com:

c.      2019-12-09 21:13:47 king.green1990@gmail.com:

d.      2019-12-09 21:13:49 king.green1990@gmail.com:

e.      2019-12-09 21:13:50 king.green1990@gmail.com:

f.      2019-12-09 21:13:52 king.green1990@gmail.com:

g.      2019-12-09 21:13:53 king.green1990@gmail.com:

h.      2019-12-09 21:13:55 king.green1990@gmail.com:

i.      2019-12-09 21:13:55 king.green1990@gmail.com: You like those?

j.      2019-12-09 22:08:39 hotbabe9419@gmail.com: oh yea you got any of

girls sucking a boy small dick

k.      2019-12-09 21:12:19 king.green1990@gmail.com: [ THIS IS A

DIGITAL IMAGE OF AN ADULT MALE PLACING HIS ERECT PENIS IN A

PREPUBESCENT FEMALE'S VAGINA ].

1.      I compared the file King.Green1990 sent to user hotbabe9419

at 2019-12-09 21:12:19 with the files in the folder, King.Green1990.Chats."

The file's name is "a29130eed452b7b1b2024c2e402cea88."

l.      2019-12-09 20:58:41 hotbabe9419@gmail.com:

m.      2019-12-09 20:58:41 hotbabe9419@gmail.com:

n.      2019-12-09 20:58:41 hotbabe9419@gmail.com:

o.      2019-12-09 20:58:41 hotbabe9419@gmail.com:

p.      2019-12-09 20:58:44 king.green1990@gmail.com: Heyyy

q.      2019-12-09 20:58:44 king.green1990@gmail.com:

r.      2019-12-09 20:59:00 hotbabe9419@gmail.com:

s.      2019-12-09 20:59:00 hotbabe9419@gmail.com:

t.      2019-12-09 20:59:03 hotbabe9419@gmail.com: hi

u.      2019-12-09 20:59:15 king.green1990@gmail.com:

v.      2019-12-09 20:59:31 king.green1990@gmail.com: Are you being a
nasty little slut

w.      2019-12-09 20:59:49 hotbabe9419@gmail.com: ofc

x.      2019-12-09 21:00:14 king.green1990@gmail.com: Show me

y.      2019-12-09 21:01:10 hotbabe9419@gmail.com: you show me a few
pics of the girls first.

37.     I reviewed the contents within the folder provided by Google,
"king.green1990.Drive.001.Preserved."  This folder contains another folder titled
"Drive."  I reviewed this folder and observed the following files:

a.      **20150718_105150.jpg (MD5:**
**FF5CA89FF73E3E3BE2A50CE53402DC9A)**

This digital image depicts a female baby.  The baby's diaper is underneath the
child.  The female's legs are pulled up and apart allowing a clear view of the
female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:13 PM UTC.

b.      **20150718_105409.jpg (MD5: BEF41A10D2FB39CDDC7C8A74FF42D85B)**

This digital image depicts a female toddler.  The toddler's diaper is underneath the child.  The female's legs are pulled up, allowing a clear view of the female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:12 PM UTC.

c.      **20150718_105345.jpg (MD5: FC6F170FE101645B1B4F29DE978725C6)**

This digital image depicts a female toddler.  The toddler's diaper is underneath the child.  The female's legs are pulled up, allowing a clear view of the female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:12 PM UTC.

d.      **20150724_195208.jpg (MD5: 46D9A8C324D56CCF8050C3F8278FDB30)**

This digital image depicts a female toddler.  The toddler's diaper is underneath the child.  The female's legs are pulled up, allowing a clear view of the female's vagina and opening of the anus.

  1.   Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:13 PM UTC.

38.   The folder, "King.Green1990.Photos.Albums" contained a folder titled, "Hangout: Chloe Adams ● Sebastian Sale."  This folder contained a spreadsheet detailing the communications between Chloe Adams and Sebastian Sale.  It also included several images depicting children engaged in sexual conduct.

39.   The spreadsheet notes the dates associated with these images are 12/9/2019 to 12/11/2019.  The spreadsheet does not indicate which user sent or received the files.  The files are the child pornography files noted in the CTRs.

40.   The file, "king.green1990@gmail.com.Gmail.Content.mbox" contained thousands of e-mails.  The name Sebastian Sale appeared in some of the e-mails.  The term, "mommyanddaddy469" appeared in four of the e-mail artifacts.

41.   Google provided several folders that contained images of a person that I recognize as Sebastian Sale.

### CYBERTIPLINE REPORT # 60649407 – GOOGLE INC.

42**.**   On February 14, 2020, I received notification from the ILAGs office that NCMEC received three CTRs related to the Google account "1mommyanddaddy469@gmail.com."

43.     Christine Feller with the ILAGs office compared the IP addresses with the Google account "1mommyanddaddy469@gmail.com" and the Google account "king.green1990@gmail.com." Some of the IP addresses are the same.

44.     On or about December 05, 2019, Google, Inc. (Google) reported to the National Center for Missing and Exploited Children (NCMEC) that the user "1mommyanddaddy469@gmail.com," uploaded two files that Google suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography (Unconfirmed)."  It also notes, "NCMEC Incident Type is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP."

45.     The CTR also notes, "Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256. Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

46.     Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

47.     Any account reported in this Cybertip may or may not be disabled in the course of making the report. For information on which legal process is required for

various types of data associated with Google's products and services, please refer to our

Transparency Report available here

http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

48.     If you intend to seek additional data from Google, please reference this

and any related CyberTip number(s) prominently in your legal process.

49.     With respect to the portion of this CyberTip containing the heading: "Was

File Reviewed by Company?", when Google responds "Yes" it means the contents of the

file reported were viewed by a person concurrently to or immediately preceding the

sending of the CyberTip.

50.     When Google responds "No", it means that while the contents of the file

were not reviewed concurrently to making the report, historically a person had

reviewed a file whose hash (or digital fingerprint) matched the hash of the reported

image and determined it contained apparent child pornography."

51.     The IP addresses are the same between the CTRs related to connection

between these CTRs and the previously listed CTRs

52.     The CTR notes the following about the suspect:

        a.      Name: Bob Bob

        b.      E-mail address: 1mommyanddaddy469@gmail.com

53.     The CTR then listed the following IP Addresses associated with the

Google account.  (On February 15, 2020, I ran an inquiry of each IP Address through the

American Registry for Internet Numbers (ARIN) to determine who owns each IP

Address.  I noted the owners, according to ARIN, in parenthesis after each IP Address.

a.      73.110.34.70 (Login) - 12-03-2019 13:25:33 UTC

(Comcast IP Services, LLC)

b.      2601:247:4003:cc50:80c1:ee26:5c84:fd31 (Login) - 12-02-2019 12:42:17 UTC

(Comcast Cable Communications, LLC)

c.      2601:247:4003:cc50:bcac:6fc9:eea9:f357 (Login) - 11-30-2019 09:02:55 UTC

(Comcast Cable Communications, LLC)

54.     The CTR also notes, "Google became aware of the reported content which was stored in Google Photos Infrastructure."

55.     The CTR reflects the user uploaded the following files, which are listed below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated with File, whether or not Google viewed the entire contents of the uploaded file, and whether or not the contents of the uploaded files were publicly available.

a.      **Filename: report_1820179895078044040**

MD5: c79f218347479a2e2b79bbce14935cc2

Submittal ID: 1f4d35b52379b5da2fcf1d6b6e80ef1e

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

1.    I obtained federal search warrant 20-MJ-6027 and viewed this file.  This image depicts a female performing oral sex on a prepubescent male.

b.    **Filename: report_11791291344269323484**

MD5: 106d4219f723eda66dee2106fc8c6b31

Submittal ID: 6611ec4c7ef3201de99005c4bf1b403b

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

2.    I obtained federal search warrant 20-MJ-6027 and viewed this file.  This image depicts a female, approximately 8 to 10-years old on a bed.  The female is not wearing any clothing below her waist.  The female is position with her knees against the bed and her midsection off the bed toward the ceiling.  An adult male has his erect penis near the opening of the female's vagina, which is clearly visible.


**CYBERTIPLINE REPORT # 61040044 – GOOGLE INC.**

56.    On or about December 12, 2019, Google, Inc. (Google) reported to the National Center for Missing and Exploited Children (NCMEC) that the user "1mommyanddaddy469@gmail.com," uploading one file that  Google suspected of

containing illegal content.  According to the CTR, the incident type is "Apparent Child

Pornography."  It also notes, "NCMEC Incident Type is based on NCMEC's review of

the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have

viewed all uploaded files submitted by the reporting ESP."

57.     Google provided the same information regarding their handling of CTRs

as it did in the previously discussed CTR.

58.     The CTR notes the following about the suspect:

      a.     Name: Bob Bob

      b.     E-mail address: 1mommyanddaddy469@gmail.com

59.     The CTR reflects the user uploaded the following file, which is listed

below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated

with File, whether or not Google viewed the entire contents of the uploaded file, and

whether or not the contents of the uploaded files were publicly available.

      a.     **Filename: Google-CT-RPT-e0d4439dd0a67ec50f510827c8965310-2019-12-03**

MD5: 16bda40a457f6c16d621dc675ce7f7f4

Submittal ID: 7de3a609abd41a3c7ca20ea8e475a9cb

Original Filename Associated with File: 2019-12-03

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided

by Company)

Were entire contents of uploaded file publicly available? (Information Not Provided by Company)

**Description:** This is a video, which lasts approximately 48-seconds.  The video depicts an adult male repeatedly inserting his erect penis into the anus of a prepubescent male.  The video shows the prepubescent male's penis and the opening of his anus.

### CYBERTIPLINE REPORT # 60697731 – GOOGLE INC.

60.     On or about December 06, 2019, Google, Inc. (Google) reported to the National Center for Missing and Exploited Children (NCMEC) that the user "1mommyanddaddy469@gmail.com," uploading nine files that Google suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography."  It also notes, "NCMEC Incident Type is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP."

61.     Google provided the same information regarding their handling of CTRs as it did in the previously discussed CTR.

62.     The CTR notes the following about the suspect:

    a.     Name: Bob Bob

    b.     E-mail address: 1mommyanddaddy469@gmail.com

63.     The CTR reflects the user uploaded nine files.  I described three of those files below, which are listed below by the Filename, MD5 hash value, Submittal ID,

Original Filename Associated with File, whether or not Google viewed the entire contents of the uploaded file, and whether or not the contents of the uploaded files were publicly available.

  a.  **Filename: report_16202501859274345780**

MD5: 66588dec999a315a3ff84bb238efbd58

Submittal ID: 92108b09b97a8b2b92a8513a5decf0e7

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

**Description:** This digital image contains two individual images.  The first image (on top) depicts a female child approximately 7-years old performing fellatio on an adult male.  The second image (on bottom) depicts a female child approximately 7-years old, placing the tip of her tongue on the end of an adult male`s erect penis.

  b.  **Filename: report_2786373398398199316**

MD5: 09ce1bb8d4ee62f840f6a5e5a9d29130

Submittal ID: a3b43a4fca1288d758c70c632df86413

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

**Description:** This is a digital image that a female child, approximately 6-years old, kneeling in front of an adult male.  The female has both of her hands on the male`s erect penis.

### c.      Filename: report_6947927859437913274

MD5: a916702172a3b7878fd7ee84ad1c645b

Submittal ID: 5a1d5b4e7f75b26e0978097e66f7c001

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

Description: This is a digital image depicting a female, approximately 8-years old, positioned face down.  The female is wearing a white shirt but is not wearing any clothing below the waist.  The opening of the female's anus is shown and appears to be the focal point of the image.  A male's erect penis is shown close to the female's anus.

**GOOGLE'S RESPONSE TO FEDERAL SEARCH WARRANT 20-MJ-6026**

64.    On February 20, 2020, I obtained a search warrant (20-MJ-6026) relating to the Google account "1mommyanddaddy469@gmail.com" and accounts associated with the CTRs from the United States District Court for the Central District of Illinois.

65.    On February 20, 2020, I submitted federal search warrant 20-mj-6026 to Google using Google's law enforcement portal.

66.    On February 21, 2020, I received notification from Google that they provided the data listed in search warrant 20-MJ-6026.  I accessed Google's law enforcement portal and downloaded the data.

67.    Within the data provided by Google, the name listed for the subscriber is Bob Bob.

68.    The data provided by Google indicates the user created the account king.green1990@gmail.com on 2019/12/205.

69.    The data provided by Google does not list a telephone number

70.    I reviewed the content within folder "1mommyanddaddy469.346157702923.GooglePhotos.PhotoResource_001."  This folder contains the folder "Google Photos."  This folder contains three folders relating to Hangouts, which is a chat platform of Google.

71.    The first hangout folder I reviewed is "Hangout_ 1mommyanddaddy469@gmail.com ● dave j."  This folder contains three digital files and three spreadsheets.

a.      File "2019-12-03" depicts a black dog performing cunnilingus on an adult female.  The female is only shown from the waist down.

1.      The spreadsheet related to this file reflects the "photo taken date/time" is June 6, 2019 at 9:18:42 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 1:55:11 PM UTC.

b.      File "2019-12-03(1)" is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face and the video has sound.

1.      The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019 at 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 3:46:14 PM UTC.

c.      File "2019-12-03(2) depicts a brown dog performing cunnilingus on an adult female.  The female is only shown from the waist down.

1.      The spreadsheet related to this file reflects the "Photo Taken date/time" as May 13, 2019, 4:13:48 AM UTC.  The spreadsheet associated with this file depicts someone created this file on December 3, 2019 at 3:59:00 PM UTC.  The document shows a "Modification date/time" as January 9, 2020 at 6:43:33 PM UTC.

2.      The spreadsheet also contains metadata which reflects the EXIF Latitude for the file is 40.704 and EXIF Longitude is 90.0981.

a.      I entered these coordinates into Google maps and the address shows 35361 N Fennessy St, Farmington, IL 61531.

72.    Because I know these files are associated with the chats between user 1mommyanddaddy469 and user davej, I reviewed the chats Google provided before continuing to review the other photo folders.  Below are the chats between the user 1mommyanddaddy469 and the user djk68068@gmail.com:

a.    2019-12-02 12:17:24 djk68068@gmail.com:

b.    2019-12-02 12:17:24 djk68068@gmail.com:

c.    2019-12-02 12:17:24 djk68068@gmail.com:

d.    2019-12-02 12:17:24 djk68068@gmail.com:

e.    2019-12-02 12:17:30 djk68068@gmail.com: hi

f.    2019-12-02 12:17:39 1mommyanddaddy469@gmail.com:

g.    2019-12-02 12:17:40 1mommyanddaddy469@gmail.com:

h.    2019-12-02 12:17:44 1mommyanddaddy469@gmail.com: Wyd?

i.    2019-12-02 12:17:47 djk68068@gmail.com:

j.    2019-12-02 12:18:01 djk68068@gmail.com: just waking and relaxing how about u

k.    2019-12-02 12:18:45 1mommyanddaddy469@gmail.com: Just relaxing.

l.    2019-12-02 12:18:54 djk68068@gmail.com: still in bed?

m.    2019-12-02 12:19:01 1mommyanddaddy469@gmail.com: Where's that's cute little girl of yours?

n.    2019-12-02 12:19:20 djk68068@gmail.com: shes 18 now she lives on here own

o.     2019-12-02 12:19:41 djk68068@gmail.com: with her gf

p.     2019-12-02 12:20:18 1mommyanddaddy469@gmail.com: Did you ever play with her?

q.     2019-12-02 12:21:04 djk68068@gmail.com: alittle when she was younger she don t even live in the same state now

r.     019-12-02 12:21:35 djk68068@gmail.com: do you play with yours?

s.     2019-12-02 12:22:54 1mommyanddaddy469@gmail.com: We want to.

t.     2019-12-02 12:23:06 1mommyanddaddy469@gmail.com: Got any pics of her?

u.     2019-12-02 12:24:41 djk68068@gmail.com: if i can see your real

v.     2019-12-02 12:24:53 djk68068@gmail.com: and not a guy

w.     2019-12-02 12:37:32 djk68068@gmail.com: do u cam

x.     2019-12-02 12:48:24 djk68068@gmail.com: ?

y.     2019-12-02 12:49:03 1mommyanddaddy469@gmail.com:

z.     2019-12-02 13:00:22 djk68068@gmail.com: that was you dear?

aa.     2019-12-02 13:07:53 djk68068@gmail.com: yes?

bb.     2019-12-02 13:14:18 djk68068@gmail.com:

cc.     2019-12-02 13:14:33 djk68068@gmail.com: are u here?

dd.     2019-12-02 13:14:54 djk68068@gmail.com: ?

ee.     2019-12-02 13:34:54 djk68068@gmail.com: are you hear?

ff.     2019-12-02 13:51:19 djk68068@gmail.com: ?

gg.     2019-12-02 14:28:39 djk68068@gmail.com: did you like the pic of my daughter?

hh.     2019-12-02 14:33:06 djk68068@gmail.com: are u here?

ii.      2019-12-02 15:35:06 djk68068@gmail.com: when will your step daughter be home?

jj.      2019-12-02 15:50:03 djk68068@gmail.com: do you want to see another of my daughter?

kk.    2019-12-02 19:13:36 djk68068@gmail.com: do you have more pics of you 2?

ll.      2019-12-03 00:34:53 djk68068@gmail.com: hi

mm.    2019-12-03 10:25:00 djk68068@gmail.com: good morning

nn.    2019-12-03 13:27:05 1mommyanddaddy469@gmail.com: Morning

oo.    2019-12-03 13:55:12 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ mommyanddaddy469@gmail.com ● dave j" reflects this is associated with File "2019-12-03" which depicts a black dog performing cunnilingus on an adult female. ]

pp.    2019-12-03 15:43:26 djk68068@gmail.com: very hot that was your dog?

qq.    2019-12-03 15:45:04 1mommyanddaddy469@gmail.com: No

rr.     2019-12-03 15:45:12 djk68068@gmail.com: was it you?

ss.     2019-12-03 15:45:45 1mommyanddaddy469@gmail.com: No. Can I see more of your daughter?

tt.     2019-12-03 15:46:15 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_mommyanddaddy469@gmail.com ● dave j" reflects this is associated with File "2019-12-03(1)" which is a video file that depicts a small child performing cunnilingus on an adult female. The video does show the child's face. The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:45:21 PM UTC. The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 3:46:14 PM UTC. ]

uu.     2019-12-03 15:46:58 djk68068@gmail.com: was that you?

vv.     2019-12-03 15:47:46 1mommyanddaddy469@gmail.com: Yes

ww.     2019-12-03 15:48:04 djk68068@gmail.com: you made her kiss it?

xx.     2019-12-03 15:48:27 1mommyanddaddy469@gmail.com: No. I was playing and she wanted to

yy.     2019-12-03 15:48:43 djk68068@gmail.com: feel good

zz.     2019-12-03 15:51:13 djk68068@gmail.com:

aaa.    2019-12-03 15:51:40 1mommyanddaddy469@gmail.com: Yes

bbb.    2019-12-03 15:51:55 1mommyanddaddy469@gmail.com: Omg I want her little lips on my pussy

ccc.    2019-12-03 15:52:03 djk68068@gmail.com: me 2

ddd.   2019-12-03 15:52:24 1mommyanddaddy469@gmail.com: Anymore of her?

eee.   2019-12-03 15:52:52 djk68068@gmail.com: yes do you have more of you and your step daughter?

fff.   2019-12-03 15:56:37 djk68068@gmail.com:

ggg.   2019-12-03 15:57:22 1mommyanddaddy469@gmail.com: Any with less on...?

hhh.   2019-12-03 15:57:29 djk68068@gmail.com: no

iii.   2019-12-03 15:57:34 djk68068@gmail.com: sry

jjj.   2019-12-03 15:58:12 djk68068@gmail.com:

kkk.   2019-12-03 15:59:01 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_1mommyanddaddy469@gmail.com ● dave j" reflects this is associated with file "2019-12-03(2) which depicts a brown dog performing cunnilingus on an adult female.  The female is only shown from the waist down.  The spreadsheet related to        this file reflects the "Photo Taken date/time" as May 13, 2019, 4:13:48 AM UTC.  The spreadsheet associated with this file depicts someone created this file on December 3, 2019 at 3:59:00 PM UTC. The document shows a "Modification date/time" as January 9, 2020 at 6:43:33 PM UTC.  The EXIF Latitude for the file is 40.704 and EXIF Longitude is 90.0981.  I entered these coordinates into Google maps and the address shows 35361 N Fennessy St, Farmington, IL 61531.

lll.    2019-12-03 16:01:26 djk68068@gmail.com: are you rubbing now

mmm. 2019-12-03 16:03:06 1mommyanddaddy469@gmail.com: Any young kids?

nnn.    2019-12-03 16:03:11 djk68068@gmail.com: no

73.    The next hangout folder I reviewed is "Hangout_ Bob Bob ● John And Jenn Haynes."  This folder contained three video files and three associated spreadsheets.

a.    File "2019-12-03" is video file depicting an adult male having sex with a female.  Because of the quality of the video, I cannot determine or estimate the female's age.

1.    The associated spreadsheet reflects the "Create date/time" for this file is December 3, 2019 at 4:31:32 PM UTC

b.    File "2019-12-03(1)" which is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face.

1.    The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:43 PM UTC.

c.    File "2019-12-03(2)" depicts an adult male repeatedly inserting his erect penis into the opening of a prepubescent male's anus.

1.      The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:18:35 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:50 PM UTC.

74.     Because I know these files are associated with the chats between user 1mommyanddaddy469 and user John and Jenn Haynes, I reviewed the chats Google provided before continuing to review the other photo folders.  Below are the chats between the user 1mommyanddaddy469 and the user johnjennhaynes@gmail.com:

a.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

b.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

c.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

d.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

e.      2019-12-03 15:48:03 1mommyanddaddy469@gmail.com: Hi there

f.      2019-12-03 15:48:03 1mommyanddaddy469@gmail.com:

g.      2019-12-03 15:52:50 johnjennhaynes@gmail.com:

h.      2019-12-03 15:52:50 johnjennhaynes@gmail.com:

i.      2019-12-03 15:52:54 johnjennhaynes@gmail.com: Hi

j.      2019-12-03 15:55:44 1mommyanddaddy469@gmail.com:

k.      2019-12-03 15:55:53 1mommyanddaddy469@gmail.com: What are you doing right now?

l.      2019-12-03 16:02:06 johnjennhaynes@gmail.com: Working. Who this

m.      2019-12-03 16:02:22 1mommyanddaddy469@gmail.com: Mommyanddaddy469@g

n.      2019-12-03 16:02:29 1mommyanddaddy469@gmail.com: On chathour

o.      2019-12-03 16:04:44 johnjennhaynes@gmail.com: O ok. So what up

p.      2019-12-03 16:05:08 johnjennhaynes@gmail.com:

q.      2019-12-03 16:05:44 1mommyanddaddy469@gmail.com: Trying to cum

r.      2019-12-03 16:06:44 johnjennhaynes@gmail.com:

s.      2019-12-03 16:06:58 johnjennhaynes@gmail.com:

t.      2019-12-03 16:07:04 johnjennhaynes@gmail.com: Does that help

u.      2019-12-03 16:07:50 1mommyanddaddy469@gmail.com: Are you alone?

v.      2019-12-03 16:08:23 johnjennhaynes@gmail.com: No y. You can send anything

w.      2019-12-03 16:17:43 1mommyanddaddy469@gmail.com: Who is around?

x.      2019-12-03 16:18:16 1mommyanddaddy469@gmail.com:

y.      2019-12-03 16:18:17 1mommyanddaddy469@gmail.com:

z.      2019-12-03 16:18:19 1mommyanddaddy469@gmail.com:

aa.     2019-12-03 16:18:20 1mommyanddaddy469@gmail.com:

bb.     2019-12-03 16:18:21 1mommyanddaddy469@gmail.com:

cc.     2019-12-03 16:18:22 1mommyanddaddy469@gmail.com:

dd.     2019-12-03 16:18:23 1mommyanddaddy469@gmail.com:

ee.     2019-12-03 16:18:24 1mommyanddaddy469@gmail.com:

ff.     2019-12-03 16:18:59 1mommyanddaddy469@gmail.com: You like?

gg.     2019-12-03 16:23:30 1mommyanddaddy469@gmail.com: No?

hh.     2019-12-03 16:25:16 johnjennhaynes@gmail.com: Yes

ii.     2019-12-03 16:27:54 johnjennhaynes@gmail.com: Omg very yummy.

jj.     2019-12-03 16:30:18 1mommyanddaddy469@gmail.com: Got any for me?

kk.     2019-12-03 16:31:33 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● John And Jenn Haynes reflects this is associated with file "2019-12-03" is video file depicting an adult male having sex with a female.  Because of the quality of the video, I cannot determine or estimate the female's age.  The associated spreadsheet reflect the "Create date/time" for this file is December 3, 2019 at 4:31:32 PM UTC. ]

ll.     2019-12-03 16:31:44 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● John And Jenn Haynes reflects this is associated with file "2019-12-03(1)" which is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face.  The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:43 PM UTC. ]

mm.    2019-12-03 16:31:51 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● John And Jenn Haynes reflects this is associated with file "2019-12-03(2)" depicts an adult male repeatedly inserting his erect penis into the opening of a prepubescent male's anus.  The spreadsheet associated with this file        reflects the "Photo Taken date/time" is June 6, 2019, 9:18:35 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:50 PM UTC. ]

nn.    2019-12-03 16:33:13 johnjennhaynes@gmail.com: I've got a couple. Itll have to be later. I'll have get to them I'm a handyman and at work right now

oo.    2019-12-03 16:33:17 johnjennhaynes@gmail.com: Omg

pp.    2019-12-03 16:35:19 1mommyanddaddy469@gmail.com: Any babies?

qq.    2019-12-03 16:38:33 johnjennhaynes@gmail.com: Maybe

rr.    2019-12-03 16:39:13 1mommyanddaddy469@gmail.com: Can I see your daughter?

ss.    2019-12-03 16:42:08 johnjennhaynes@gmail.com: Later

tt.    2019-12-03 16:42:16 johnjennhaynes@gmail.com: I'm working

uu.    2019-12-03 17:32:48 johnjennhaynes@gmail.com: Omg love them

vv.    2019-12-04 00:46:12 johnjennhaynes@gmail.com:

ww.    2019-12-04 00:46:19 johnjennhaynes@gmail.com:

xx.    2019-12-04 00:46:35 johnjennhaynes@gmail.com:

yy.     2019-12-04 00:47:12 johnjennhaynes@gmail.com: I've got some vids but having a hard time transferring

zz.     2019-12-04 01:22:52 johnjennhaynes@gmail.com:

aaa.    2019-12-04 01:23:36 johnjennhaynes@gmail.com: Man I hope your not a cop

75.     The next hangout folder I reviewed is "Hangout_ Bob Bob ● Robert Cox." This folder contains one image file, three video files and four spreadsheets associated with the files.

a.      File "2019-12-03.jpg" depicts an adult male's erect penis.

1.      The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 7:33:36 AM UTC.  The "Creation date/time" is listed as December 3, 2019, 1:33:55 PM UTC.

b.      File "2019-12-03.mov" is a video file that depicts an adult male masturbating.  The male's face is not shown, but his white sock is.  The white sock has red line toward the toe area.

1.      The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 1:41:30 PM UTC.  The "Creation date/time" is listed as December 3, 2019 at 1:43:59 PM UTC.

c.      File "2019-12-03(1).mov" is a video file that depicts an adult male masturbating.  The male's face is not shown, but his white sock is.  The white sock has red line toward the toe area.

1.      The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 1:51:48 PM UTC.  The "Creation date/time" is listed as December 3, 2019 at 1:53:57 PM UTC.

d.      File "2019-12-03(2).mov" is a video file that depicts a black dog performing cunnilingus on an adult female.  The female is only shown from the waist down.

1.      The spreadsheet related to this file reflects the "photo taken date/time" is June 6, 2019, 9:18:42 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 1:54:54 PM UTC.

76.     Because I know these files are associated with the chats between user 1mommyanddaddy469 and user Robert Cox, I reviewed the chats Google provided before continuing to review the other photo folders.  Below are the chats between the user 1mommyanddaddy469 and the user rcox2592@gmail.com:

a.      2019-12-03 13:27:52 rcox2592@gmail.com:

b.      2019-12-03 13:27:52 rcox2592@gmail.com:

c.      2019-12-03 13:27:52 rcox2592@gmail.com:

d.      2019-12-03 13:27:52 rcox2592@gmail.com:

e.      2019-12-03 13:27:56 1mommyanddaddy469@gmail.com: Hi

f.      2019-12-03 13:27:56 1mommyanddaddy469@gmail.com:

g.      2019-12-03 13:29:12 rcox2592@gmail.com:

h.      2019-12-03 13:29:37 rcox2592@gmail.com:

i.      2019-12-03 13:29:47 rcox2592@gmail.com:

j.      2019-12-03 13:30:55 1mommyanddaddy469@gmail.com:

k.      2019-12-03 13:31:05 1mommyanddaddy469@gmail.com: Mmm

l.      2019-12-03 13:32:09 1mommyanddaddy469@gmail.com: Wyd?

m.      2019-12-03 13:32:14 rcox2592@gmail.com:

n.      2019-12-03 13:32:15 rcox2592@gmail.com:

o.      2019-12-03 13:32:16 rcox2592@gmail.com:

p.      2019-12-03 13:32:18 rcox2592@gmail.com:

q.      2019-12-03 13:32:19 rcox2592@gmail.com: Send that dick daddy

r.      2019-12-03 13:33:55 1mommyanddaddy469@gmail.com:

s.      2019-12-03 13:34:02 1mommyanddaddy469@gmail.com: Are you all by yourself?

t.      2019-12-03 13:34:16 rcox2592@gmail.com: No but damn

u.      2019-12-03 13:34:44 1mommyanddaddy469@gmail.com: Who with you?

v.      2019-12-03 13:35:39 rcox2592@gmail.com: Family

w.      2019-12-03 13:36:20 rcox2592@gmail.com:

x       2019-12-03 13:37:05 1mommyanddaddy469@gmail.com: In the room with you?

y.      2019-12-03 13:37:56 rcox2592@gmail.com: Yeah

z.      2019-12-03 13:38:06 1mommyanddaddy469@gmail.com: Who is there?

aa.	2019-12-03 13:38:42 rcox2592@gmail.com: Family send you jerking off

bb.	2019-12-03 13:39:31 1mommyanddaddy469@gmail.com: Do you have any kids?

cc.	2019-12-03 13:40:12 rcox2592@gmail.com: A sub

dd.	2019-12-03 13:40:13 rcox2592@gmail.com: Son

ee.	2019-12-03 13:40:23 1mommyanddaddy469@gmail.com: How old is he?

ff.	2019-12-03 13:42:10 rcox2592@gmail.com: 10

gg.	2019-12-03 13:43:59 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● Robert Cox reflects this is associated with file "2019-12-03.jpg" depicts an adult male's erect penis.  The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 7:33:36 AM UTC.  The "Creation date/time" is listed as December 3, 2019, 1:33:55 PM UTC. ]

hh.	2019-12-03 13:45:08 rcox2592@gmail.com: Cum daddy

ii.	2019-12-03 13:45:44 1mommyanddaddy469@gmail.com: Help me cum.

jj.	2019-12-03 13:46:05 1mommyanddaddy469@gmail.com: Where is he at?

kk.	2019-12-03 13:50:29 1mommyanddaddy469@gmail.com: You there?

ll.    2019-12-03 13:53:57 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● Robert Cox reflects this is associated with file "2019-12-03(1).mov" is a video file that depicts an adult male masturbating.  The male's face is not shown, but his white sock is.  The white sock has red line toward the toe area. The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 1:51:48 PM UTC.  The "Creation date/time" is listed as December 3, 2019 at 1:53:57 PM UTC. ]

mm.    2019-12-03 13:54:54 1mommyanddaddy469@gmail.com:

nn.    2019-12-03 13:54:54 1mommyanddaddy469@gmail.com:

oo.    2019-12-03 14:02:43 1mommyanddaddy469@gmail.com: Hello?

pp.    2019-12-08 22:40:55 rcox2592@gmail.com:

77.    In the folder "1mommyanddaddy469.Photos.Albums" I observed another folder titled, "Hangout: Bob Bob ● John And Jenn Haynes."  This folder contains several files depicting children engaged in sexual conduct.  Many of these files are the files listed in the CTR related to the Google account 1mommyanddaddy469@gmail.com.

a.    Within this folder is a spreadsheet that reflects the dates and times related to these files.  I am concluding, based on the chat records between 1mommyanddaddy and johnjennhaynes@gmail.com.  The spreadsheet reflects many of the "Creation date/time" is December 03, 2019.

**SPRINT'S RESPONSE TO DHS SUMMONS**

78.     In response to a DHS summons, Sprint reported that telephone number 309-340-5389 was subscribed to Sebastian Sale of 816 S. Blain Street in Peoria, Illinois from February 22, 2017 to May 8, 2018.

79.  Sprint also reported that telephone number 309-404-5225 is subscribed to Sebastian Sale of 213 N. Saratoga Street in Peoria, Illinois from October 19, 2019 to the report date, which is on or about March 4, 2020.

**CYBERTIPLINE REPORT # 60824387 – SNAPCHAT**

80.     Snapchat is a mobile application made by Snap Inc. and is available through the iPhone App Store and Google Play.  The application provides a way to share moments with photos, videos, and text. Snapchat's differentiating feature from other communications is that once the sender is able to set a variable amount of time the message is viewable by the receiver.  This time can be between one and ten seconds.  At the expiration of the time, the message is deleted from Snapchat's servers.  Similarly, the message disappears from the user's devices.  If the receiver of a Snapchat message does not access the application on their device the message remains undelivered. Snapchat stores undelivered messages for 30 days.  After 30 days the messages are deleted from the company's servers.

81.     Snapchat users have the following abilities:

        a.      Snaps:  A user takes a photo or video using their camera phone in real-time and then selects which of their friends to send the message to.  Pictures

and videos can also be sent from the saved pictures/videos in the gallery of the device.  Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender and after it's opened in the case of the recipient).  Users are able to save a photo or video they've taken locally to their device or to Memories, which is Snapchat's cloud-storage service.

b.      Stories:  A user can add or video snaps to their "Story."  Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchatters or just the user's friends for up to 24 hours.  Stories can also be saved in Memories.  Our Stories is a collection of user submitted snaps from different locations and events.  A Snapchat user, with the location services of their device turned on, can contribute to a collection of snaps regarding the event.

c.      Memories:  Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. A user can also edit and send Snaps and create Stories from these Memories. Snaps, Stories, and other photos and videos saved in Memories are backed up by us and may remain in Memories until deleted by the user.

d.      Chat: A user can also type messages, send photos, videos, audio notes, and video notes to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties –

and both parties swipe away from the Chat screen – the message will be cleared. Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message that they want to keep. The user can clear the message by tapping it again.

e.      Snapcash:  Snapchat also offers a money transfer service called Snapcash. Users are able to transfer up to $2,500 per week using this service. Snapcash transactions are only permitted using Visa and Mastercard debit cards issued by a United States Financial Institution. Money transfers can only occur if the sender and receiver both have Snapchat installed and have linked an appropriate debit card to their accounts. To facilitate these transactions, Snapchat retains information about the method and source of payment including debit card information such as the card number, expiration date, CVV security code, and billing address zip code. Additionally, the company may have the date of birth and social security number of those involved in money transfers.

82.     Information that Snapchat possess and maintains:

a.      Personally Identifying Information:  When a user creates an account they make a unique Snapchat username. This is the name visible to other Snapchat users. A user also enters a data of birth. This is supposed to prevent anyone under the age of 13 from using Snapchat. An email address is required to register a Snapchat account. A new user also has to provide a mobile phone number. This phone number is verified during the registration process. Snapchat sends an activation code that must be entered before proceeding with the

registration step. However, a user may elect to bypass entering a phone number

so one may not always be present in the user's account. Snapchat also retains the

account creation date

      b.     Usage Information:  While a Snapchat message may disappear, the

record of who sent it and when still exists. Snapchat records and retains log files

and information that is roughly analogous to the call detail records maintained

by telecommunications companies. This includes the date, time, sender, and

recipient of a snap. Additionally, Snapchat stores the number of messages

exchanged, which users they communicate with the most, message status

including if and when the message was opened, and whether the receiver used

the native screen capture function of their device to take a picture of the snap

before it disappeared.

      c.     Device Information: Snapchat stores device information such as the

model, operating system, operating system version, mobile device phone

number, and mobile network information of devices used in conjunction with the

service. They also collect unique device identifiers such as the Media Access

Control (MAC) address and the International Mobile Equipment Identifier

(IMEI) or Mobile Equipment Identifier (MEID) of devices used to access

Snapchat.

      d.     Device Phonebook and Photos: If a user consents, Snapchat can

access from their device's electronic phonebook or contacts list and images.

e.      Financial information: Snapchat retains information about the method and source of payment of customers who use the Snapcash service. This includes debit card information such as the card number, expiration date, CVV security code, and billing address zip code. Additionally, the company may have the date of birth and social security number of those involved in money transfers. Snapcash generate a receipt for any transaction. The receipts are programmed to automatically delete after the sender and recipient have seen the message and swiped out of the Chat screen, unless either taps to save the message. Snapchat maintains transactional records for ten days. These records include information about the sender and receiver, the transaction amount, and date/time stamps of when the message was sent, received, and opened.

f.      Message Content:  A phrase used by Snapchat is 'delete is our default.' Snapchat deletes a snap once it has been viewed. If the message is not read, because the user has not opened up the application, the message is stored for 30 days before being deleted. However, just because the snap no longer appear to the user, doesn't necessarily mean they are gone.  For example, Snapchat has a feature called Replay.  This allows users to view a previously viewed snap once per day.  This feature is disabled by default and the user must opt-in to use Reply.  Also, if a Snapchat user posts an image or video to the MyStory feature it can be viewed by their friends for 24 hours. If the user posted to the Our Stories feature, the snaps are archived and can be viewed through Snapchat.

83.     On March 9, 2020, I received notification from the Illinois Attorney General's Office that I've been assigned a new Cybertipline Report (CTR) to investigate. I accessed the ICAC Data system and downloaded the data for CTR 60824387.

84.     The CTR noted The National Center for Missing and Exploited Children (NCMEC) received a report from Snapchat at 1:11:03 UTC on December 9, 2019.  The report reflects that Snapchat user "mommyanddad469" introduced apparent child pornography to Snapchat at 1:11:03 UTC on December 9, 2019.

85.     The CTR also noted, "Incident Type: Apparent Child Pornography NCMEC Incident Type is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP. NCMEC staff have viewed one or more of the files submitted with this CyberTipline report and have categorized one or more of the files as designated in the Incident Type. Please see Section C for additional information related to the files that were viewed and categorized by NCMEC."

86.     The CTR noted the following about the user:

a.      Date of Birth: 12-19-1990 (Note: This is Sebastian Sale's date-of-birth)

b.      Email Address: mommyanddaddy469@gmail.com

c.      Screen/User Name: mommyanddad469

d.      IP Address: 73.210.16.176

e.      12-08-2019 21:58:06 UTC

87.     The CTR reflects the user uploaded three files.  I described the files below, which are listed below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated with File, whether or not Snapchat viewed the entire contents of the uploaded file, and whether or not the contents of the uploaded files were publicly available.

a.     **Filename: c8fabcd7-074c-4465-acaa-2482f835d09b_CHAT_MEDIA_1575206352727.jpeg**

MD5: cdb572cd423ddf6f93b41c455f516593

Submittal ID: d2c0ba40fcfab8c15c5d8db8f9034c22

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? Yes

b.     **Filename: c8fabcd7-074c-4465-acaa 2482f835d09b_CHAT_MEDIA_1574774914731.jpeg**

MD5: 197d89b8738d124b722aba7a68f125d2

Submittal ID: 4c239e63aa6d51c9a4a0276b64fb0fc1

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? Yes

c.     **Filename: c8fabcd7-074c-4465-acaa-2482f835d09b_CHAT_MEDIA_1575559616416.jpeg**

MD5: cdb572cd423ddf6f93b41c455f516593

Submittal ID: 81a5a2f98359eebec5179dabe0df7060

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? Yes

88.     I reviewed the files. Each of the three files depicts a child engaging in sexual explicit conduct to include sexually explicit contact between and adult and a prepubescent minor.

**SNAP INC., RESPONSE TO FEDERAL SEARCH WARRANT 20-MJ-6047**

89.     On March 16, 2020, I obtained a search warrant (20-MJ-6047) relating to the Snapchat account "mommyanddad469" from the United States District Court for the Central District of Illinois. I submitted this search warrant to Snap Inc., on March 17, 2020.

90.     On March 17, 2020, I received notification from Snap Inc., that they provided the data sought in search warrant 20-MJ-6047.  I downloaded the data and reviewed it.  In my review, the user "Mommyanddad469" sends and receives files depicting children engaged in sexual contact with adults from several users.

91.     From my review of the data, I noted the following:

a.     On Monday, April 29, 2019, User "Mommyanddad469" tells the user "Variant_Jasmi19" that he is 28 years old.

1.     At the time of this message, Sebastian Sale would have been 28-years old.

b.      On Monday, April 29, 2019, User "Mommyanddad469" tells the user "Variant_Jasmi19" that he is from Illinois.

c.      On Thursday, December 5, 2019, User "Mommyanddad469" sends the user "j.wells15," a video that depicts a prepubescent male child having vaginal sex with a female.  The MD5 hash value is CB24826123AF717A939604DE3EFB4846.  The file name in the data is listed as "chat~media_v4~2019-12-05-15-28-30UTC~mommyanddad469~j.wells15~saved~18096f60-9bf2-9b46-0125-7184bd4fc563~v4.mp4."

d.      On Thursday, December 5, 2019, User "Mommyanddad469" sends the user "j.wells15," a video that depicts an adult female using her right hand to rub a female the vagina of a female who is approximately 10-years old.  The child is not wearing any clothes.  The female child does not have any pubic hair.  The MD5 hash value is D35EA6AA1B5BF05E0B7EE6FC2EE1A796.  The file name in the data is listed as "chat~media_v4~2019-12-05-15-28-07UTC~mommyanddad469~j.wells15~saved~4bd8451f-6d0b-6086-32e6-ec88313fe91a~v4.mp4."

e.      In a conversation with chat user "lilikittababy," the user "Mommyanddad469" asked, "Do you wanna see a guy having sex with a baby?" Then the user "Mommyanddad469" sends a video depicting a video that depicts a prepubescent male child having vaginal sex with a female.  The MD5 hash

value is 345351FFE56C5DD0583E0AF7BFECBCEC.  The file name in the data is

listed as, "chat~media_v4~2019-06-05-20-09-

22UTC~mommyanddad469~lilikittababy~saved~e6c87e26-aa43-2909-2fdd-

5bdf625f36a5~v4.mp4."  User "Mommyanddad469" sent this file on June 5, 2019.

   f.  In a conversation on whether user "mommyanddad469" has a

girlfriend, the user "mommyanddad469" tells the user "lilikittababy" that his

girlfriend, "She wants to help me fuck a little girl though... your ass still out?"

This occurred on June 6, 2019.

   g.  On June 5, 2019, the user "lilikittababy" tells the user

"mommyanddad469" that she is 14-years old.  Throughout their conversation,

user "mommyanddad469" sends user "lilikittababy" several files depicting

children engaged in sexual contact.

   h.  On June 7, 2019, user "lilikittababy" sends the user

"mommyanddad469," a video of her a female masturbating while urinating.

Before sending the video, the user sends the following message to the user

"mommyanddad469," "I made something for you daddy."  Leading up to this,

user "mommyanddad469" specifically asked user "lilikittababy" if she will

"Fuck your pussy while you're peeing" and "have you ever played in your pee?"

The file name is listed as chat~media_v4~2019-06-07-15-17-

03UTC~lilikittababy~mommyanddad469~saved~882519d2-3c6c-43ad-89b4-

e2be87b6ecbc~v4.mp4.  The MD5 hash value is

AFBD67E2FDC681DC8B0162B3889AFC8B.  User "lilikittababy" indicated she lives near the Dells in Wisconsin with her mother and father.

i.      On June 7, 2019, the user "lilikittababy" sends the user "mommyanddad469," a video of a female masturbating and inserting the end of a hairbrush into her vagina.  The MD5 hash value is 9D89C42A47CD315804A1F184F42DFF08.  The file name is chat~media_v4~2019-06-07-16-26-00UTC~lilikittababy~mommyanddad469~saved~69057805-cb09-4b73-919a-b829dbcc8267~v4.mp4.

j.      On June 7, 2019, user "lilikittababy" sends user "mommyanddad469," a video of a female masturbating with an electronic massager.  The file name is chat~media_v4~2019-06-07-17-02-27UTC~lilikittababy~mommyanddad469~saved~beb08e9d-2f63-47d7-abbe-ce1cb6669966~v4.mp4.  The MD5 hash value is C8DBB5F6A82C596C570E5E539987BE54.

k.      On June 10, 2019, the user "mommyanddad469" tells the user "lilikittababy," "I was assaulted yesterday, and I might have a broken face%2C a concussion or worse..."

1.      According to Peoria Police Report 19-00012152, the property owner at 213 N. Saratoga got into a fight with Sebastian Sale and Timothy Reeland.  The date listed on the report is June 9, 2010.

l.      User "mommyanddad469" sends user "lilikittababy" a Mega link when user "lilikittababy" asked for "doggy videos."

m.      User "mommyanddad469" sends the user "messy.time" a video of someone using their fingers to massage the penis of an infant child. The MD5 hash value is 648268A54A87819640622ACDE742C2CC.  The file name is chat~media_v4~2019-11-30-09-48-04UTC~mommyanddad469~messy.time~saved~533a6a91-a967-a692-e929-be5a640a4f80~v4.mp4.  User "mommyanddad469" sent this file on November 30, 2019.

n.      In a conversation with user "booboo9678," "User "mommyanddad469" sends a Dropbox link (https://www.dropbox.com/sh/t1l4wqijrx5suv0/AAAQDC6E4WGwyQCoXN G-Qa44a?dl=0).  User "mommyanddad469" sent this in response to user "booboo9678," asking for user "mommyanddad469" to send more.  User "mommyanddad469" had already sent user "booboo9678," a file depicting a small female child performing oral sex on an adult female.

o.      On June 5, 2019, user "mommyanddady469" sends user "lilikittababy" a digital image depicts a toddler shown with both of his/her hands around an adult male's erect penis.  The MD5 hash value of this file is E376EE24CF3E765C7842EE002F44CB26.  The file name is chat~media_v4~2019-06-05-20-27-50UTC~mommyanddad469~lilikittababy~saved~b26f1cd2-735c-de25-54b4-b059df1a4d65~v4.jpg.

92.     Attachment C contains the Snapchat communications, without the digital files, between "Mommyanddad469" and "lilikittababy" from June 5, 2019 and December 5, 2019.

### 1450 Summit Drive (Apartment 4) in Pekin, Illinois

93.     On March 7, 2020, I requested any data regarding public aid that Rachel Miller or Sebastian Sale receive through the Statewide Terrorism and Intelligence Center (STIC).

94.     STIC provided data that shows Rachel Miller completed her public aid application in January of 2020 and listed her address as the SUBJECT PREMISES. Rachel listed Sebastian Sale as a person living with her at the address.

### CHARACTERISTICS OF INDIVIDUALS WHO COLLECT IMAGES AND VIDEOS CONTAINING CHILD PORNOGRAPHY

95.     Based upon my own knowledge, experience, and training in child exploitation and child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals involved in the receipt and collection of child pornography:

    a.     Child pornography collectors may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive

poses, such as in person, in photographs, or other visual media; or from

literature describing such activity.

     b.     Collectors of child pornography may collect sexually explicit or

suggestive materials, in a variety of media, including photographs, magazines,

motion pictures, videotapes, books, slides and/or drawings or other visual

media.  Child pornography collectors oftentimes use these materials for their

own sexual arousal and gratification.  Further, they may use these materials to

lower the inhibitions of children they are attempting to seduce, to arouse the

selected child partner, or to demonstrate the desired sexual acts.

     c.     Collectors of child pornography almost always possess and

maintain their "hard copies" of child pornographic material, that is, their

pictures, films, video tapes, magazines, negatives, photographs, correspondence,

mailing lists, books, tape recordings, etc., in the privacy and security of their

home or some other secure location.  Child pornography collectors typically

retain pictures, films, photographs, negatives, magazines, correspondence,

books, tape recordings, mailing lists, child erotica, and videotapes for many

years.

     d.     Likewise, collectors of child pornography often maintain their

collections that are in a digital or electronic format in a safe, secure and private

environment, such as a computer, a mobile device or external hard drive.  These

collections are often maintained for several years and are kept close by, usually

at the collector's residence, to enable the collector to view the collection, which is valued highly.

      e.      Child pornography collectors also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

      f.      Collectors of child pornography prefer to have continuous access to their collection of child pornography. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

96.     Your Affiant has conducted numerous investigations related to the possession, production and distribution of child pornography.  At least two of these investigations involved the suspects of those investigations producing and/or possessing child pornography on their cell phone.  Your Affiant is aware that mobile devices, such as tablets, laptops, and cell phones, are portable, capable of being stored or left in a vehicle, and have the capability to access the Internet.  Furthermore, your Affiant participated in an investigation in which a person possessing digital child pornography files on a computer, purposely kept his computer in his vehicle.  That specific person maintained other computers that did not contain child pornography in his home.

## SPECIFICS REGARDING THE SEIZURE AND
## SEARCHING OF COMPUTER SYSTEMS

97.     Based on my own experience and consultation with other agents who

have been involved in the search of computers and retrieval of data from computer

systems and related peripherals, and computer media, there are several reasons why a

complete search and seizure of information from computers often requires seizure of all

electronic storage devices, as well as all related peripherals, to permit a thorough search

later by qualified computer experts in a laboratory or other controlled environment:

a.      Computer storage devices, such as hard disks, diskettes, tapes,

compact disks, and DVDs, can store the equivalent of hundreds of thousands of

pages of information. Additionally, when an individual seeks to conceal

information that may constitute criminal evidence, that individual may store the

information in random order with deceptive file names. As a result, it may be

necessary for law enforcement authorities performing a search to examine all the

stored data to determine which particular files are evidence or instrumentalities

of criminal activity. This review and sorting process can take weeks or months,

depending on the volume of data stored, and would be impossible to attempt

during a search on site; and

b.      Searching computer systems for criminal evidence is a highly

technical process, requiring expert skill and a properly controlled environment.

The vast array of computer hardware and software available requires even those

who are computer experts to specialize in some systems and applications. It is

difficult to know before a search what type of hardware and software are present and therefore which experts will be required to analyze the subject system and its data. In any event, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even hidden, erased, compressed, password-protected, or encrypted files. Since computer evidence is extremely vulnerable to inadvertent or intentional modification or destruction (from external sources or from destructive code imbedded in the system as a booby trap), a controlled environment is essential to its complete and accurate analysis.

98.     Based on my own experience and my consultation with other agents who have been involved in computer searches, searching computerized information for evidence or instrumentalities of a crime often requires the seizure of all of a computer system's input and output peripheral devices, related software, documentation, and data security devices (including passwords) so that a qualified computer expert can accurately retrieve the system's data in a laboratory or other controlled environment. There are several reasons that compel this conclusion:

      a.     The peripheral devices that allow users to enter or retrieve data from the storage devices vary widely in their compatibility with other hardware and software. Many system storage devices require particular input/output devices in order to read the data on the system. It is important that the analyst be able to properly re-configure the system as it now operates in order to accurately retrieve the evidence listed above. In addition, the analyst needs the relevant

system software (operating systems, interfaces, and hardware drivers) and any

applications software which may have been used to create the data (whether

stored on hard drives or on external media), as well as all related instruction

manuals or other documentation and data security devices;

b.      In order to fully retrieve data from a computer system, the analyst

also needs all magnetic storage devices, as well as the central processing unit

(CPU). In cases like the instant one where the evidence consists partly of image

files, the monitor and printer are also essential to show the nature and quality of

the graphic images that the system could produce. Further, the analyst again

needs all the system software (operating systems or interfaces, and hardware

drivers) and any applications software which may have been used to create the

data (whether stored on hard drives or on external media) for proper data

retrieval; and

c.      I am familiar with and understand the implications of the Privacy

Protection Act (PPA), 42 U.S.C. § 2000aa, and the role of this statute in protecting

First Amendment activities. I am not aware that any of the materials to be

searched for and seized from the SUBJECT PREMISES are protected materials

pursuant to the PPA. If any such protected materials are inadvertently seized, all

efforts will be made to return these materials to their authors as quickly as

possible.

99.     Based on my own experience and consultation with other agents who have been

involved in the search of computers (and other devices capable of storing digital media,

such as telephones, tablets, and other mobile devices) and the retrieval of data from computer systems and related peripherals, it is common for such items to be transported or stored in automobiles. Further, it is common for such items to be stored on common storage areas of a residence, including garage areas when those devices have been broken or replaced by newer equipment. Further, even when these digital media devices have been stored for months or years, digital evidence can often be recovered from them.

## CONCLUSION

100.    Based on the above information, there is probable cause to believe that 18 U.S.C. §§ 2252 and 2252A, which, among other things, make it a federal crime for any person to knowingly possess, receive, or distribute child pornography, have been violated, and that evidence, fruits, and instrumentalities of these offenses, as more fully described in Attachment B of this Affidavit, are located at the SUBJECT PREMISES.

101.    I respectfully request that this Court issue a search warrant for the SUBJECT PREMISES and the INDIVIDUALS, as more particularly described and depicted in Attachment A, authorizing the search for and seizure of the items described in Attachment B.

THERE ARE NO FURTHER STATEMENTS.

s/Steven C. Smith

_____

Steven C. Smith
Task Force Officer
Department of Homeland Security
Homeland Security Investigations

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 23rd day of March, 2020.

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge

## ATTACHMENT A

## THE SUBJECT PREMISES

The SUBJECT PREMISES to be searched is located at 1450 Summit Drive (Apartment 4) in Pekin, Illinois.  The SUBJECT PREMISE is inside of an apartment building that has the numbers "1450" on the side.  The numbers "1, 2, 3, and 4" are also on the side of the building near the exposed air conditioning units. Apartment 4 is on the top floor of the building.



## THE INDIVIDUALS

The person of Sebastian Sale (12/19/1990) is described as a white male who is approximately 6 feet and 2 inches tall, weighs about 150 pounds.

The person of Rachel M. Miller (DOB: 03/04/1992) is described as a white female who is approximately 5 feet and 5 inches tall, weighs about 160 pounds.

The items to be searched for and seized at the SUBJECT PREMISES or on the INDIVIDUALS are set forth in Attachment B.

**ATTACHMENT B**

**ITEMS TO BE SEARCHED FOR AND SEIZED**

1.      Images of child pornography and files containing images of child pornography in any form wherever they may be stored or found.

2.      Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes, video recording devices, video recording players, and/or monitors. The following definitions apply to the terms as set out in this affidavit and attachment:

a)      Computer Hardware

Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, telephones and portable devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, cable modems, wireless network routers, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

b)      Computer Software

Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

c)      Documentation

Computer-related documentation consists of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

d)      Passwords and Data Security Devices

Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

3.      Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under Title 18, United States Code, § 2256(8).

4.      Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by use of the computer and/or for the purpose of distributing child pornography.

5.      Any and all correspondence identifying persons transmitting, through interstate commerce including by United States Mails or by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, § 2256(2).

6.      Any and all records, documents, invoices and materials that concern any accounts with any Internet Service Provider.

7.      Any and all cameras, film, or other photographic equipment.

8.      Any and all visual depictions of minors.

9.      Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce including by United States Mails or by computer, and visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, § 2256(2).

10.      Any and all address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, § 2256(2).

11.     Any and all documents, records, or correspondence pertaining to occupancy at SUBJECT PREMISES.

12.     Any and all cell phones, tablets, or mobile device and the content, data and information contained in said devices to include any storage media, such as SD cards and Micro SD cards and the like.

13.     Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, § 2256(2). Any of the items described in paragraphs 1 through 12 above which are stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form.

ATTACHMENT C

SNAPCHAT MESSAGES BETWEEN "MOMMYANDDAD469" AND
"LILIKITTABABY" FROM JUNE 5, 2019 AND DECEMBER 5, 2019.  FILES SENT TO
AND FROM ARE ILLUSTRATED IN RED FONT.

| # | from | to | body |
|---|------|-----|------|
| 1 | mommyanddad469 | lilikittababy | Heyy |
| 2 | mommyanddad469 | lilikittababy | What do you like to show off? |
| 3 | lilikittababy | mommyanddad469 | What do u wanna c? |
| 4 | mommyanddad469 | lilikittababy | Anything you wanna show |
| 5 | mommyanddad469 | lilikittababy | Are you all alone? |
| 6 | lilikittababy | mommyanddad469 | Parents are outside but bathrooms are a thing |
| 7 | lilikittababy | mommyanddad469 | Pretty much anythin you want ðŸ˜œ |
| 8 | mommyanddad469 | lilikittababy | Is your pussy wet? |
| 9 | lilikittababy | mommyanddad469 | It could be |
| 10 | mommyanddad469 | lilikittababy | Show me your holes |
| 11 | mommyanddad469 | lilikittababy | Do you stick stuff in there? |
| 12 | lilikittababy | mommyanddad469 | Your wish is my command daddy |
| 13 | mommyanddad469 | lilikittababy | Show me your asshole. Finger it |
| 14 | mommyanddad469 | lilikittababy | Make daddy cum |
| 15 | lilikittababy | mommyanddad469 | Do I get to see daddy cum? |
| 16 | mommyanddad469 | lilikittababy | If you keep helping. |
| 17 | mommyanddad469 | lilikittababy | Do you have any pets? |

| 18 | lilikittababy | mommyanddad469 | I dont |
|----|---------------|----------------|--------|
| 19 | mommyanddad469 | lilikittababy | Show me your titties. |
| 20 | mommyanddad469 | lilikittababy | What's the biggest thing you've shoved up your ass? |
| 21 | lilikittababy | mommyanddad469 | Just my fingers |
| 22 | lilikittababy | mommyanddad469 | I do have a little plug ive never tried yet |
| 23 | mommyanddad469 | lilikittababy | You should try |
| 24 | lilikittababy | mommyanddad469 | Would daddy like that? |
| 25 | mommyanddad469 | lilikittababy | Yess. |
| 26 | mommyanddad469 | lilikittababy | I wanna watch you spread your asshole. |
| 27 | lilikittababy | mommyanddad469 | Can i see you play with your cock? |
| 28 | mommyanddad469 | lilikittababy | Mmmm |
| 29 | mommyanddad469 | lilikittababy | How old are you? |
| 30 | lilikittababy | mommyanddad469 | 14 |
| 31 | mommyanddad469 | lilikittababy | Do you like younger kids? |
| 32 | lilikittababy | mommyanddad469 | Never really seen them |
| 33 | lilikittababy | mommyanddad469 | Im an only child |
| 34 | mommyanddad469 | lilikittababy | Would you play with other kids? Or babies? |
| 35 | lilikittababy | mommyanddad469 | Idk |
| 36 | mommyanddad469 | lilikittababy | Do you wanna see a baby have sex? |
| 37 | lilikittababy | mommyanddad469 | How would that work? |

| 38 | mommyanddad469 | lilikittababy | What? |
|---|---|---|---|
| 39 | lilikittababy | mommyanddad469 | Arent they too little? |
| 40 | mommyanddad469 | lilikittababy | Idk. Wanna help me find out? |
| 41 | lilikittababy | mommyanddad469 | Idk |
| 42 | mommyanddad469 | lilikittababy | Is something wrong? |
| 43 | lilikittababy | mommyanddad469 | No just dunno |
| 44 | lilikittababy | mommyanddad469 | Do you have kids that play with you? |
| 45 | mommyanddad469 | lilikittababy | No. I want them to. |
| 46 | lilikittababy | mommyanddad469 | Ohh |
| 47 | mommyanddad469 | lilikittababy | Do you wanna see a guy having sex with a baby? |
| 48 | lilikittababy | mommyanddad469 | Interesting but i feel lik that wud would them |
| 49 | lilikittababy | mommyanddad469 | *hurt |
| 50 | mommyanddad469 | lilikittababy | Maybe... but sometimes they like it. |
| 51 | lilikittababy | mommyanddad469 | Ya? |
| 52 | mommyanddad469 | lilikittababy |  ** This video depicts a male child engaging in vaginal sex with a female  ** |
| 53 | mommyanddad469 | lilikittababy | You like that? |
| 54 | lilikittababy | mommyanddad469 | Its so little..but its making me wet |
| 55 | mommyanddad469 | lilikittababy | Mmm |
| 56 | lilikittababy | mommyanddad469 | Shes so into it and hes just babbling |
| 57 | mommyanddad469 | lilikittababy | ** This video depicts a female performing oral sex on a male child ** |

| 58 | lilikittababy | mommyanddad469 | Oh wow.. |
|---|---|---|---|
| 59 | mommyanddad469 | lilikittababy | ** This video depicts a female performing oral sex on a male child ** |
| 60 | mommyanddad469 | lilikittababy | If you like it. Show me how much you like it. |
| 61 | mommyanddad469 | lilikittababy | I have more too... |
| 62 | lilikittababy | mommyanddad469 | Show me? Please I really like it |
| 63 | lilikittababy | mommyanddad469 | Thats a big cock for a little baby |
| 64 | mommyanddad469 | lilikittababy | You like that? |
| 65 | lilikittababy | mommyanddad469 | Im not sure on that one |
| 66 | mommyanddad469 | lilikittababy | Would you lick her little pussy? |
| 67 | lilikittababy | mommyanddad469 | Yes |
| 68 | mommyanddad469 | lilikittababy | ** This image depicts a female child performing oral sex on an adult male ** |
| 69 | mommyanddad469 | lilikittababy | ** This image depicts a female child placing both of her hands around an adult male's erect penis ** |
| 70 | lilikittababy | mommyanddad469 | Wow |
| 71 | mommyanddad469 | lilikittababy | ? |
| 72 | lilikittababy | mommyanddad469 | Theyre so little for a big cock |
| 73 | lilikittababy | mommyanddad469 | Its hot |
| 74 | mommyanddad469 | lilikittababy | ? |
| 75 | lilikittababy | mommyanddad469 | Where do you find all this? |
| 76 | mommyanddad469 | lilikittababy | People send it to me. |
| 77 | lilikittababy | mommyanddad469 | Ohh so friends? |

| 78 | mommyanddad469 | lilikittababy | Kinda |
| 79 | lilikittababy | mommyanddad469 | Gotcha |
| 80 | lilikittababy | mommyanddad469 | How much do you have? I really like it |
| 81 | lilikittababy | mommyanddad469 | I do something wrong daddy? |
| 82 | mommyanddad469 | lilikittababy | Heyy. Sorry. I had to go. |
| 83 | lilikittababy | mommyanddad469 | Hi |
| 84 | mommyanddad469 | lilikittababy | What's up? |
| 85 | lilikittababy | mommyanddad469 | Got off school%2Chave an hour or two to kill |
| 86 | mommyanddad469 | lilikittababy | Fun. Wyd? |
| 87 | mommyanddad469 | lilikittababy | Is it wet down there? |
| 88 | lilikittababy | mommyanddad469 | It could be |
| 89 | mommyanddad469 | lilikittababy | Do you squirt? |
| 90 | lilikittababy | mommyanddad469 | Havenâ€™t managed that yet |
| 91 | mommyanddad469 | lilikittababy | Mmm |
| 92 | mommyanddad469 | lilikittababy | Mmmm... spread that pussy open for me. |
| 93 | mommyanddad469 | lilikittababy | Mmm... if I wasn't at work I would cum all over. |
| 94 | lilikittababy | mommyanddad469 | Oh really? |
| 95 | mommyanddad469 | lilikittababy | Mmhmm. I wanna cum In that pussy |
| 96 | mommyanddad469 | lilikittababy | Mmm... yes. I wanna take turns with your pussy and asshole. |
| 97 | lilikittababy | mommyanddad469 | Wanna make a deal? |

| 98 | mommyanddad469 | lilikittababy | What kinda deal? |
|---|---|---|---|
| 99 | lilikittababy | mommyanddad469 | Iâ€™ll send you any pics/videos you want to the best of my ability if you show me more cp.. |
| 100 | mommyanddad469 | lilikittababy | Mmm... you like that hunny? |
| 101 | lilikittababy | mommyanddad469 | I really do |
| 102 | mommyanddad469 | lilikittababy | Mmm... ok. Do you have something you can shove deep in your asshole? Can you make noise? |
| 103 | lilikittababy | mommyanddad469 | I can play with my plug and a little noise |
| 104 | mommyanddad469 | lilikittababy | Can you fuck your pussy and ass at the same time? |
| 105 | lilikittababy | mommyanddad469 | I can try |
| 106 | mommyanddad469 | lilikittababy | Mmmm... wish I could save it... |
| 107 | lilikittababy | mommyanddad469 | Iâ€™ll make a special one for you tomorrow when i have more time%2Cokay daddy? |
| 108 | mommyanddad469 | lilikittababy | ** This video depicts an adult female performing oral sex on a small male child ** |
| 109 | mommyanddad469 | lilikittababy | ** This video depicts an adult male urinating on a small male's penis ** |
| 110 | lilikittababy | mommyanddad469 | Ooo i earned two |
| 111 | mommyanddad469 | lilikittababy | Fuck your asshole |
| 112 | mommyanddad469 | lilikittababy | ** This video depicts a small male child performing oral sex on an adult male's penis ** |

| 113 | mommyanddad469 | lilikittababy | ** This video depicts an adult male engaging in anal sex with a small male child ** |
| 114 | lilikittababy | mommyanddad469 | Just now yes |
| 115 | mommyanddad469 | lilikittababy | You like those? |
| 116 | lilikittababy | mommyanddad469 | Yes sir |
| 117 | mommyanddad469 | lilikittababy | Do you have any siblings? |
| 118 | mommyanddad469 | lilikittababy | Or pets? |
| 119 | lilikittababy | mommyanddad469 | Im an only child and no i wish now%2Ci didnt know dogs did that |
| 120 | mommyanddad469 | lilikittababy | They'll fuck you too. |
| 121 | mommyanddad469 | lilikittababy | Is mommy and daddy home? |
| 122 | lilikittababy | mommyanddad469 | Really? Theyre working rn%2Cbut theyre in and out |
| 123 | mommyanddad469 | lilikittababy | Does mom have a dildo? |
| 124 | mommyanddad469 | lilikittababy | Yes they do. |
| 125 | lilikittababy | mommyanddad469 | Not that ive ever found |
| 126 | mommyanddad469 | lilikittababy | Have you ever seen daddy's cock? |
| 127 | lilikittababy | mommyanddad469 | No |
| 128 | mommyanddad469 | lilikittababy | Do you have a shower head with a hose? |
| 129 | lilikittababy | mommyanddad469 | I do%2Cis that what you want your special video to be? |
| 130 | mommyanddad469 | lilikittababy | Idk yet |
| 131 | mommyanddad469 | lilikittababy | How dirty are you baby? |

| 132 | lilikittababy | mommyanddad469 | I gotta leave soonðŸ˜ got a stupid baseball game to go watch |
| 133 | mommyanddad469 | lilikittababy | Awee |
| 134 | lilikittababy | mommyanddad469 | Iâ€™ll be home all day tomorrow to play though;3 i have off of school |
| 135 | mommyanddad469 | lilikittababy | Can you pee for daddy? While your playing. |
| 136 | lilikittababy | mommyanddad469 | Iâ€™ll be home all day tomorrow to play though;3 i have off of school |
| 137 | mommyanddad469 | lilikittababy | Can you pee for daddy? While your playing. |
| 138 | lilikittababy | mommyanddad469 | I could try |
| 139 | mommyanddad469 | lilikittababy | Have you ever played in your pee? |
| 140 | lilikittababy | mommyanddad469 | No |
| 141 | mommyanddad469 | lilikittababy | Fuck your pussy while you're peeing. |
| 142 | lilikittababy | mommyanddad469 | That what you want for your video daddy? |
| 143 | mommyanddad469 | lilikittababy | ** This video depicts a small female child performing oral sex on an adult female ** |
| 144 | lilikittababy | mommyanddad469 | Ugh that looks like a dream |
| 145 | mommyanddad469 | lilikittababy | You wanna let daddy put a baby in you?ðŸ˜œ |
| 146 | lilikittababy | mommyanddad469 | Idk wouldnt my pussy be wrecked then? |
| 147 | lilikittababy | mommyanddad469 | But raising a little slut would be fun.. |
| 148 | mommyanddad469 | lilikittababy | No. It would be fine. Yes it would |

| 149 | lilikittababy | mommyanddad469 | Donâ€™t you have a gf? |
| 150 | mommyanddad469 | lilikittababy | So... she wants a gf too. |
| 151 | lilikittababy | mommyanddad469 | Lol |
| 152 | mommyanddad469 | lilikittababy | And a baby...ðŸ˜œðŸ˜œ |
| 153 | lilikittababy | mommyanddad469 | Lol do you have any videos of you both and the baby? |
| 154 | mommyanddad469 | lilikittababy | No. |
| 155 | mommyanddad469 | lilikittababy | Never did anything. |
| 156 | lilikittababy | mommyanddad469 | Ohh |
| 157 | lilikittababy | mommyanddad469 | Probably got me another 5-10 minutes |
| 158 | mommyanddad469 | lilikittababy | She wants to help me fuck a little girl though... your ass still out? |
| 159 | mommyanddad469 | lilikittababy | Mmm |
| 160 | mommyanddad469 | lilikittababy | I wanna eat it!!! |
| 161 | lilikittababy | mommyanddad469 | Hehe |
| 162 | mommyanddad469 | lilikittababy | I wanna over flow your pussy. |
| 163 | lilikittababy | mommyanddad469 | Hehe do I deserve one more video before i gotta go daddy? |
| 164 | mommyanddad469 | lilikittababy | Where are you from? |
| 165 | mommyanddad469 | lilikittababy | ** This video depicts an adult male have vaginal sex with a small female child ** |
| 166 | lilikittababy | mommyanddad469 | Wisconsin |
| 167 | mommyanddad469 | lilikittababy | Will you send daddy any videos like that you can get? |

| 168 | lilikittababy | mommyanddad469 | Like cp stuff? |
|---|---|---|---|
| 169 | mommyanddad469 | lilikittababy | Mmhmm |
| 170 | mommyanddad469 | lilikittababy | Morning baby girl |
| 171 | mommyanddad469 | lilikittababy | What are you up to? |
| 172 | lilikittababy | mommyanddad469 | Just laying in bed |
| 173 | mommyanddad469 | lilikittababy | Wish I was. |
| 174 | lilikittababy | mommyanddad469 | At work again? |
| 175 | mommyanddad469 | lilikittababy | Yep. Where in Wisconsin do you live? |
| 176 | lilikittababy | mommyanddad469 | Ew%2Cup by the dells |
| 177 | mommyanddad469 | lilikittababy | Ew? |
| 178 | lilikittababy | mommyanddad469 | Work%2Cew |
| 179 | mommyanddad469 | lilikittababy | Oh. Lol. Yeah |
| 180 | lilikittababy | mommyanddad469 | What do you do? |
| 181 | mommyanddad469 | lilikittababy | Yard work. |
| 182 | mommyanddad469 | lilikittababy | You should ask mommy and daddy if you could get a dog. |
| 183 | lilikittababy | mommyanddad469 | I made something for you daddy |
| 184 | lilikittababy | mommyanddad469 | ** This is a video of a female masturbating while she is urinating on the floor ** |
| 185 | mommyanddad469 | lilikittababy | ðŸ˜›ðŸ˜›ðŸ˜› |
| 186 | lilikittababy | mommyanddad469 | Hehe see im a good girl I listen |
| 187 | mommyanddad469 | lilikittababy | Mmhmm |

| 188 | lilikittababy | mommyanddad469 | Hehe i do good? |
|-----|---------------|----------------|-----------------|
| 189 | mommyanddad469 | lilikittababy | Yeah. But you should finger it real deep. |
| 190 | mommyanddad469 | lilikittababy | ** This video depicts a female child performing oral sex on an adult male's erect penis ** |
| 191 | lilikittababy | mommyanddad469 | Ooo and i earned a video |
| 192 | mommyanddad469 | lilikittababy | ** This depicts an adult male ejaculating onto a small female child's face.  The female then performs oral sex on the male's erect penis ** |
| 193 | lilikittababy | mommyanddad469 | Ooo two%2Cim special |
| 194 | lilikittababy | mommyanddad469 | Been trading with this girl%2Cshes 15 |
| 195 | lilikittababy | mommyanddad469 | ** This depicts a female of unknown age. The female is looking back toward the camera.  Her bare breasts are shown. The female is wearing green underwear ** |
| 196 | mommyanddad469 | lilikittababy | She's cute. Does she need daddy too? |
| 197 | lilikittababy | mommyanddad469 | She has an email%2CI could ask |
| 198 | mommyanddad469 | lilikittababy | Is she very nasty too? |
| 199 | lilikittababy | mommyanddad469 | Ehh havent gotten too much outta her |
| 200 | mommyanddad469 | lilikittababy | Oh |
| 201 | mommyanddad469 | lilikittababy | Wyd baby? |
| 202 | mommyanddad469 | lilikittababy | Anyone there? |
| 203 | lilikittababy | mommyanddad469 | Nope%2Cmom had an appointment |
| 204 | mommyanddad469 | lilikittababy | Where's dad? |

| 205 | lilikittababy | mommyanddad469 | Out for a work thing |
|---|---|---|---|
| 206 | mommyanddad469 | lilikittababy | Is anybody outside? |
| 207 | lilikittababy | mommyanddad469 | Nope |
| 208 | lilikittababy | mommyanddad469 | Ooo someone get excited? |
| 209 | mommyanddad469 | lilikittababy | Mmhmm... do you know anyone around the neighborhood who could cum over?... |
| 210 | lilikittababy | mommyanddad469 | I dont have neighbors close by |
| 211 | mommyanddad469 | lilikittababy | Awe... too bad |
| 212 | lilikittababy | mommyanddad469 | I know |
| 213 | mommyanddad469 | lilikittababy | Do you live in the country? |
| 214 | lilikittababy | mommyanddad469 | Yep |
| 215 | mommyanddad469 | lilikittababy | Do you live on a farm? |
| 216 | lilikittababy | mommyanddad469 | No just a lotta land |
| 217 | mommyanddad469 | lilikittababy | Oh. Ok. |
| 218 | mommyanddad469 | lilikittababy | Mmm... I'm sorry baby.  I'm at work. |
| 219 | mommyanddad469 | lilikittababy | ** This video depicts an adult male having either vaginal sex or anal sex or simulating vaginal or anal sex with a small female child.  The angle of the video does not all the viewer to see if the male penetrates the female ** |
| 220 | lilikittababy | mommyanddad469 | And im playing infront of the big open window to the road |
| 221 | mommyanddad469 | lilikittababy | Mmm... hopefully someone will stop in. |

| 222 | lilikittababy | mommyanddad469 | ** This video depicts a female repeatedly inserting a purple hair brush into her vagina ** |
| 223 | mommyanddad469 | lilikittababy | Mmmm... I'm going to go jerk off in McDonald's on my lunch break pretty soon. |
| 224 | lilikittababy | mommyanddad469 | Hehe only if i get to see |
| 225 | mommyanddad469 | lilikittababy | Of course baby. Got to be quiet though. |
| 226 | lilikittababy | mommyanddad469 | Hehe |
| 227 | mommyanddad469 | lilikittababy | You going to be really nasty and help me? |
| 228 | lilikittababy | mommyanddad469 | Yes daddy |
| 229 | mommyanddad469 | lilikittababy | Mmm |
| 230 | mommyanddad469 | lilikittababy | You should go look around mommies room and see if she has a toy |
| 231 | lilikittababy | mommyanddad469 | Way ahead of you |
| 232 | mommyanddad469 | lilikittababy | Any luck? |
| 233 | mommyanddad469 | lilikittababy | Take those panties off. |
| 234 | mommyanddad469 | lilikittababy | Now turn over and fuck that ass with your brush. |
| 235 | mommyanddad469 | lilikittababy | Do you talk to boys too? |
| 236 | lilikittababy | mommyanddad469 | Ugh mom came and wants to go to the store Iâ€™ll be back later |
| 237 | mommyanddad469 | lilikittababy | You busy Baby...? |
| 238 | mommyanddad469 | lilikittababy | Oh. Ok. Hopefully not too long. |

| 239 | lilikittababy | mommyanddad469 | Hopefully good thing i made this already |
| 240 | lilikittababy | mommyanddad469 | ** This video depicts a female holding a electric massager against her vagina ** |
| 241 | mommyanddad469 | lilikittababy | Mmmmmmm |
| 242 | mommyanddad469 | lilikittababy | Do you talk to boys? |
| 243 | lilikittababy | mommyanddad469 | Im back just eating lunch rn |
| 244 | lilikittababy | mommyanddad469 | And sometimes |
| 245 | mommyanddad469 | lilikittababy | Mmmm |
| 246 | lilikittababy | mommyanddad469 | Why? |
| 247 | lilikittababy | mommyanddad469 | Hehe well hi there |
| 248 | mommyanddad469 | lilikittababy | I'm in Walmart jerking off |
| 249 | lilikittababy | mommyanddad469 | Classy place |
| 250 | mommyanddad469 | lilikittababy | Help me |
| 251 | mommyanddad469 | lilikittababy | Please |
| 252 | lilikittababy | mommyanddad469 | What can i do to help daddy? |
| 253 | mommyanddad469 | lilikittababy | Send me something nasty |
| 254 | mommyanddad469 | lilikittababy | Do you get videos of boys? |
| 255 | lilikittababy | mommyanddad469 | I dont%2Cmore into girls anyway |
| 256 | lilikittababy | mommyanddad469 | Hehe did i do that ;3 |
| 257 | mommyanddad469 | lilikittababy | Yes... |
| 258 | lilikittababy | mommyanddad469 | Hehe |
| 259 | mommyanddad469 | lilikittababy | Mmm... I'm going to |

| 260 | lilikittababy | mommyanddad469 | Hi daddy ive got a little time |
| 261 | mommyanddad469 | lilikittababy | I'm at work hun. |
| 262 | lilikittababy | mommyanddad469 | Awwww |
| 263 | mommyanddad469 | lilikittababy | Sorry. Baby I've gotta get this done |
| 264 | lilikittababy | mommyanddad469 | Whtcha doinnn |
| 265 | mommyanddad469 | lilikittababy | Yard work |
| 266 | lilikittababy | mommyanddad469 | So all hot and sweaty outside? ðŸ˜œ |
| 267 | mommyanddad469 | lilikittababy | Mmhmm |
| 268 | mommyanddad469 | lilikittababy | Yes... but I have to get this done |
| 269 | lilikittababy | mommyanddad469 | Damn |
| 270 | lilikittababy | mommyanddad469 | ** This image depicts a female of unknown age.  The female is nude and her breast are shown.  This image is a screenshot from a cell phone.  The word VIRGIN is in the top left corner next to the signal strength ** |
| 271 | lilikittababy | mommyanddad469 | Found a very open to sharing 15yr old |
| 272 | lilikittababy | mommyanddad469 | ** This digital image depicts a female of unknow age.  The female has her shirt pulled up and is not wearing any clothing below her waist.  Her vagina and the opening of her anus is shown ** |
| 273 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age masturbating ** |
| 274 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age inserting her fingers inside of her vagina ** |
| 275 | mommyanddad469 | lilikittababy | Mmm |
| 276 | lilikittababy | mommyanddad469 | Hehe i find a good one? |

| 277 | mommyanddad469 | lilikittababy | Mmhmm... ask her if she has any pets or siblings. |
|-----|----------------|---------------|---------------------------------------------------|
| 278 | lilikittababy | mommyanddad469 | Shes on a roadtrip rn so those are just what she has saved%2CIâ€™ll still ask though |
| 279 | mommyanddad469 | lilikittababy | Mmm. Sexy |
| 280 | lilikittababy | mommyanddad469 | Hehe does that deserve anything maybe? ;3 |
| 281 | lilikittababy | mommyanddad469 | Or maybe something for these? |
| 282 | lilikittababy | mommyanddad469 | ** This is two videos.  The first video depicts a female of unknown age inserting her finger into the opening of her anus.  The second video depicts a female of unknown age masturbating on the floor ** |
| 283 | mommyanddad469 | lilikittababy | ** This video shows a female of unknown age using her right hand to rub a small female child's vagina ** |
| 284 | lilikittababy | mommyanddad469 | Ooo lesbian stuff |
| 285 | lilikittababy | mommyanddad469 | She has a dog |
| 286 | mommyanddad469 | lilikittababy | Boy or girl? |
| 287 | lilikittababy | mommyanddad469 | Boy and she loves his tongue hehe |
| 288 | mommyanddad469 | lilikittababy | Has she tried his cock? |
| 289 | lilikittababy | mommyanddad469 | ** This video depicts a black dog licking a female of unknown age's vagina.  The female then uses her had to stroke the dog's penis ** |
| 290 | lilikittababy | mommyanddad469 | And i tried this hehe |
| 291 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age inserting a purple hair brush into the opening of her anus ** |

| 292 | mommyanddad469 | lilikittababy | Is that you with the dog? |
|-----|----------------|---------------|---------------------------|
| 293 | lilikittababy | mommyanddad469 | No thats her |
| 294 | lilikittababy | mommyanddad469 | Parents are thinking of a dog though ðŸ˜ |
| 295 | mommyanddad469 | lilikittababy | Mmm... you going to make sure it's a boy? |
| 296 | lilikittababy | mommyanddad469 | I mighttt |
| 297 | mommyanddad469 | lilikittababy | I wanna see what happened after it came out |
| 298 | lilikittababy | mommyanddad469 | Hm? |
| 299 | mommyanddad469 | lilikittababy | After the dog cock came out |
| 300 | lilikittababy | mommyanddad469 | Ohhh thats the only video she has sadly |
| 301 | mommyanddad469 | lilikittababy | Damn |
| 302 | lilikittababy | mommyanddad469 | I know%2Ci asked but thats all she has |
| 303 | lilikittababy | mommyanddad469 | I keep rewatching it.. |
| 304 | mommyanddad469 | lilikittababy | Me too |
| 305 | lilikittababy | mommyanddad469 | Hehe daddy do you think you could find a video for me? I saw it a long time ago but cant find it anymore |
| 306 | mommyanddad469 | lilikittababy | What? |
| 307 | lilikittababy | mommyanddad469 | It was a video of a girl in a dog collar making out with a dog and kept saying kiss me you slut and moaning |
| 308 | lilikittababy | mommyanddad469 | When my playmate gets her snap back sheâ€™d love to play with you hehe |

| 309 | mommyanddad469 | lilikittababy | Oh yeah?  Who? |
| 310 | lilikittababy | mommyanddad469 | The girl i showed you with the dog |
| 311 | mommyanddad469 | lilikittababy | Mmm... you going to share daddy? |
| 312 | lilikittababy | mommyanddad469 | Hehe if thats what daddy wants |
| 313 | mommyanddad469 | lilikittababy | There's enough to go around. ðŸ˜ |
| 314 | lilikittababy | mommyanddad469 | Daddy i think im hooked on doggy porn.. |
| 315 | mommyanddad469 | lilikittababy | Hehe |
| 316 | lilikittababy | mommyanddad469 | Got any in your arsenal? ;3 |
| 317 | mommyanddad469 | lilikittababy | Just what I sent you already |
| 318 | lilikittababy | mommyanddad469 | Aww |
| 319 | lilikittababy | mommyanddad469 | Im so horny daddy |
| 320 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age masturbating ** |
| 321 | mommyanddad469 | lilikittababy | I'm sorry.  I'm driving around. |
| 322 | lilikittababy | mommyanddad469 | Awww |
| 323 | mommyanddad469 | lilikittababy | Lol. Gotta make that.  $ |
| 324 | lilikittababy | mommyanddad469 | Im still gonna whine about it ðŸ˜ |
| 325 | mommyanddad469 | lilikittababy | Lol |
| 326 | mommyanddad469 | lilikittababy |  Lol. |
| 327 | lilikittababy | mommyanddad469 | Is it easy to find little girls to play with? |
| 328 | mommyanddad469 | lilikittababy | No... |

| 329 | lilikittababy | mommyanddad469 | Lol why the dots? |
|---|---|---|---|
| 330 | lilikittababy | mommyanddad469 | Another from that girl hehe |
| 331 | lilikittababy | mommyanddad469 | ** This image depicts a female of unknown inserting the end of what appears to be a curling iron into her vagina ** |
| 332 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age masturbating ** |
| 333 | lilikittababy | mommyanddad469 | Got another girl daddy |
| 334 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age masturbating ** |
| 335 | lilikittababy | mommyanddad469 | My bad saved the wrong one |
| 336 | lilikittababy | mommyanddad469 | It wont let me send it ðŸ˜ |
| 337 | mommyanddad469 | lilikittababy | Mmmm... you going to eat daddies cum out of her pussy? |
| 338 | lilikittababy | mommyanddad469 | Hehe hi daddy |
| 339 | lilikittababy | mommyanddad469 | ** This is two files.  The first file is an image that depicts a female of unknown age.  The female is showing her bare breast. This image is a screenshot from a cell phone.  The word VIRGIN is in the top left corner next to the signal strength. The depicts a female of unknown age's vagina.  The word VIRGIN is in the top left corner next to the signal strength ** |
| 340 | lilikittababy | mommyanddad469 | 15yr old on chathour |
| 341 | mommyanddad469 | lilikittababy | Hi baby. |
| 342 | lilikittababy | mommyanddad469 | Hiya late start to the day? |
| 343 | mommyanddad469 | lilikittababy | I'm at the ER. |

| 344 | mommyanddad469 | lilikittababy | I was assaulted yesterday and I might have a broken face%2C a concussion or worse... |
| 345 | lilikittababy | mommyanddad469 | Oh ðŸ˜ |
| 346 | mommyanddad469 | lilikittababy | I'm out now im ok just resting. |
| 347 | mommyanddad469 | lilikittababy | Morning baby |
| 348 | lilikittababy | mommyanddad469 | Hiya%2Chow you feeling? |
| 349 | mommyanddad469 | lilikittababy | I'm. Ok. |
| 350 | lilikittababy | mommyanddad469 | Not really? |
| 351 | mommyanddad469 | lilikittababy | It just hurts a little. |
| 352 | mommyanddad469 | lilikittababy | My gf wants to watch me fuck you. |
| 353 | lilikittababy | mommyanddad469 | Well that escalated quickly hehe |
| 354 | mommyanddad469 | lilikittababy | Mmmm |
| 355 | mommyanddad469 | lilikittababy | Wyd? |
| 356 | mommyanddad469 | lilikittababy | What kind of naughty porn? |
| 357 | lilikittababy | mommyanddad469 | Hmm want me to send a link? |
| 358 | mommyanddad469 | lilikittababy | Mmhmm |
| 359 | lilikittababy | mommyanddad469 | https://dirtydoglinks.com/558752178.html |
| 360 | mommyanddad469 | lilikittababy | Did you watch any with the dog fucking the girl? |
| 361 | lilikittababy | mommyanddad469 | Yes |
| 362 | mommyanddad469 | lilikittababy | Have you seen any more cp? |

| 363 | lilikittababy | mommyanddad469 | Only had the one on the roadtrip talk the longest%2Chavent really gotten any since tumblr shut their porn off |
|-----|---------------|----------------|-----------------------------------------------------------------------------------------------------------|
| 364 | mommyanddad469 | lilikittababy | Damn. |
| 365 | mommyanddad469 | lilikittababy | She still wanna talk to me? |
| 366 | lilikittababy | mommyanddad469 | I donâ€™t remember if i asked or not%2Cshe hasnâ€™t gotten her snap back yet shes still roadtrippin |
| 367 | mommyanddad469 | lilikittababy | Lol. Ok. I gotta go for now.  I'll get on when I can. |
| 368 | mommyanddad469 | lilikittababy | ðŸ˜ |
| 369 | lilikittababy | mommyanddad469 | Awww |
| 370 | mommyanddad469 | lilikittababy | Send me a personal video of you making a mess with your pussy. So I can save it. |
| 371 | lilikittababy | mommyanddad469 | What kind of mess? |
| 372 | mommyanddad469 | lilikittababy | When your pussy cums all over. |
| 373 | mommyanddad469 | lilikittababy | I hope you're not getting bored with Daddy... |
| 374 | mommyanddad469 | lilikittababy | Morning baby |
| 375 | lilikittababy | mommyanddad469 | Hi daddy sorry ive been gone so long%2Cmy mom took my phone away for some reason |
| 376 | mommyanddad469 | lilikittababy | Oh... is everything ok..? |

| 377 | lilikittababy | mommyanddad469 | Ya why? She just does that sometimes |
|-----|---------------|----------------|--------------------------------------|
| 378 | mommyanddad469 | lilikittababy | Ok. Wyd? |
| 379 | lilikittababy | mommyanddad469 | ** This video depicts a female, approximately 14-years old, masturbating ** |
| 380 | lilikittababy | mommyanddad469 | Hopefully this makes up for me leaving%2Cplaymate of mine made a friend%2C13 |
| 381 | mommyanddad469 | lilikittababy | Mmm... |
| 382 | lilikittababy | mommyanddad469 | Takin that as a yes? |
| 383 | mommyanddad469 | lilikittababy | How about one from you? Lol |
| 384 | lilikittababy | mommyanddad469 | Parents in the room lol%2Câ€ family timeâ€ |
| 385 | mommyanddad469 | lilikittababy | Mmm... I'd love some" "family time." Lol |
| 386 | lilikittababy | mommyanddad469 | Lol oh? |
| 387 | mommyanddad469 | lilikittababy | What would you do if your dad pulled out his cock and started jacking off? |
| 388 | lilikittababy | mommyanddad469 | Be concerned and leave%2Cdad is not attractive |
| 389 | mommyanddad469 | lilikittababy | Awe. Lol |
| 390 | lilikittababy | mommyanddad469 | Lol i wish i had a sister more then anything |
| 391 | mommyanddad469 | lilikittababy | Mmm... lol |
| 392 | mommyanddad469 | lilikittababy | So... you getting a dog? |
| 393 | lilikittababy | mommyanddad469 | We got one lol%2Cbut i havent gotten a chance to be alone with him yetðŸ˜© |

| 394 | mommyanddad469 | lilikittababy | Ooo... what kind? |
| 395 | lilikittababy | mommyanddad469 | 2yr mastiff ðŸ˜» |
| 396 | mommyanddad469 | lilikittababy | Oo big doggy. |
| 397 | lilikittababy | mommyanddad469 | MhmmmðŸ˜»ðŸ˜» |
| 398 | mommyanddad469 | lilikittababy | Has his cock come out yet? |
| 399 | lilikittababy | mommyanddad469 | Not that ive seen |
| 400 | mommyanddad469 | lilikittababy | You should have him sleep in your room. |
| 401 | lilikittababy | mommyanddad469 | He refuses to use stairsðŸ˜© |
| 402 | mommyanddad469 | lilikittababy | Awe |
| 403 | mommyanddad469 | lilikittababy | You should give him a bath. |
| 404 | lilikittababy | mommyanddad469 | Lol hes too big for the bathtub |
| 405 | mommyanddad469 | lilikittababy | Give him a sponge bath in the bathroom. |
| 406 | lilikittababy | mommyanddad469 | Im soso sorry i got shipped off to my grandmas and theres no wifi or signal anywhere ðŸ˜© |
| 407 | mommyanddad469 | lilikittababy | Hii |
| 408 | mommyanddad469 | lilikittababy | Mmm |
| 409 | lilikittababy | mommyanddad469 | Hehe miss me? |
| 410 | mommyanddad469 | lilikittababy | Yes baby. I thought you didn't wanna talk to me anymore |
| 411 | lilikittababy | mommyanddad469 | Awww no daddy i just got grounded |
| 412 | mommyanddad469 | lilikittababy | Mmm hello daddy cum baby girl |

| 413 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age repeatedly inserting a blue in color object into her vagina ** |
| 414 | lilikittababy | mommyanddad469 | This make up for it at all? |
| 415 | mommyanddad469 | lilikittababy | Help* |
| 416 | mommyanddad469 | lilikittababy | That you baby? |
| 417 | lilikittababy | mommyanddad469 | Mhmm |
| 418 | mommyanddad469 | lilikittababy | Have you got to play with the dog? |
| 419 | lilikittababy | mommyanddad469 | Figured wheres the fun in it if i couldnt film my first time for you |
| 420 | mommyanddad469 | lilikittababy | Is anybody home? |
| 421 | lilikittababy | mommyanddad469 | They’re upstairs%2Cim hiding in my bathroom i wanted to play for you |
| 422 | mommyanddad469 | lilikittababy | Fuck your ass |
| 423 | lilikittababy | mommyanddad469 | Hmm what do i get? ðŸ˜œ |
| 424 | lilikittababy | mommyanddad469 | Hmm |
| 425 | lilikittababy | mommyanddad469 | ** This video depicts a female of unknown age repeatedly inserting a blue in color object into her vagina ** |
| 426 | mommyanddad469 | lilikittababy | Heyy |
| 427 | lilikittababy | mommyanddad469 | Hiya |
| 428 | mommyanddad469 | lilikittababy | Mmmm |
| 429 | lilikittababy | mommyanddad469 | Lol miss me? |
| 430 | mommyanddad469 | lilikittababy | Mmhmm |
| 431 | lilikittababy | mommyanddad469 | Lol |

| 432 | mommyanddad469 | lilikittababy | Get any new videos? |
| 433 | lilikittababy | mommyanddad469 | I started my period so havent been able toðŸ˜¡ but Iâ€™ll be plenty frustrated by the time i can |
| 434 | mommyanddad469 | lilikittababy | Where are you? |
| 435 | lilikittababy | mommyanddad469 | Home |
| 436 | mommyanddad469 | lilikittababy | Is the dog home? |
| 437 | lilikittababy | mommyanddad469 | Heâ€™s upstairs with my parents |
| 438 | lilikittababy | mommyanddad469 | Get bored of me already? |
| 439 | mommyanddad469 | lilikittababy | No hun. I'm at work |
| 440 | lilikittababy | mommyanddad469 | Boooo |
| 441 | mommyanddad469 | lilikittababy | Sorry. |
| 442 | mommyanddad469 | lilikittababy | Mmm... yes. I wish I could jerk off for you all day. |
| 443 | lilikittababy | mommyanddad469 | Hehe |
| 444 | mommyanddad469 | lilikittababy | Can you go get the dog? |
| 445 | lilikittababy | mommyanddad469 | Theyre with him%2Che doesnt use stairs |
| 446 | mommyanddad469 | lilikittababy | Oh... ok. |
| 447 | lilikittababy | mommyanddad469 | Someone wanna see me with the doggy really bad hm? |
| 448 | mommyanddad469 | lilikittababy | Yes. |
| 449 | lilikittababy | mommyanddad469 | Lol |
| 450 | mommyanddad469 | lilikittababy | And I have a link with 300+ videos... |

| 451 | lilikittababy | mommyanddad469 | Videos of? |
| 452 | mommyanddad469 | lilikittababy | Stuff you like... ðŸ˜œ |
| 453 | lilikittababy | mommyanddad469 | ..ohhh im dumb |
| 454 | mommyanddad469 | lilikittababy | ...? |
| 455 | mommyanddad469 | lilikittababy | I wanna cum all over you. |
| 456 | lilikittababy | mommyanddad469 | Hehe oh? Im better blonde then? |
| 457 | mommyanddad469 | lilikittababy | I didn't say that. I think you're perfect either way. |
| 458 | mommyanddad469 | lilikittababy | But you with your tits out like that make me wanna cum on them. |
| 459 | lilikittababy | mommyanddad469 | Lol it was only a joke |
| 460 | mommyanddad469 | lilikittababy | Ok. |
| 461 | mommyanddad469 | lilikittababy | I hope you don't ever get a boyfriend. Lol |
| 462 | lilikittababy | mommyanddad469 | Lol why? |
| 463 | mommyanddad469 | lilikittababy | Because... I'll really miss talking to you... |
| 464 | lilikittababy | mommyanddad469 | Hmmm |
| 465 | mommyanddad469 | lilikittababy | Sorry... |
| 466 | mommyanddad469 | lilikittababy | What do you likem |
| 467 | lilikittababy | mommyanddad469 | Huh? Why sorry? |
| 468 | mommyanddad469 | lilikittababy | Like what are you into? Idk. |
| 469 | lilikittababy | mommyanddad469 | Idk |

| 470 | mommyanddad469 | lilikittababy | Like... what kind of music or movies do you like? What do you like to do for fun? |
| 471 | lilikittababy | mommyanddad469 | A weird combo of music from ramstein to all time low%2Ci like photography so i can wander around and awkwardly get a good angle of a bee |
| 472 | mommyanddad469 | lilikittababy | Nice. You ever heard of ICP? |
| 473 | lilikittababy | mommyanddad469 | I have%2Cnot really my type..been getting into country rap which is actually really interesting |
| 474 | mommyanddad469 | lilikittababy | Lol. It's not many people's type. |
| 475 | lilikittababy | mommyanddad469 | Ive noticed lol |
| 476 | mommyanddad469 | lilikittababy | Can I see those titties again? |
| 477 | mommyanddad469 | lilikittababy | Mmm... wish I could see your asshole |
| 478 | lilikittababy | mommyanddad469 | Lol it wouldnt be pretty |
| 479 | lilikittababy | mommyanddad469 | I create a problem? ðŸ˜ |
| 480 | mommyanddad469 | lilikittababy | Hahaha |
| 481 | mommyanddad469 | lilikittababy | Morning baby |
| 482 | lilikittababy | mommyanddad469 | Hiya |
| 483 | mommyanddad469 | lilikittababy | Sorry I got busy af at work all day. |

| 484 | lilikittababy | mommyanddad469 | I got somethin I think youâ€™ll like daddyðŸ˜œ |
| 485 | lilikittababy | mommyanddad469 | ** This is three files.  The first file is a video that depicts a female of unknown age.  The female is allowing a black dog to lick her bare breast and she is touching the dog's tongue with her tongue.  The second and third files are video files that depict a dog that looks the dog in the first video licking a female of unknown age's vagina. |
| 486 | mommyanddad469 | lilikittababy | Yummy |
| 487 | mommyanddad469 | lilikittababy | Who is that? |
| 488 | mommyanddad469 | lilikittababy | Hi hun |
| 489 | lilikittababy | mommyanddad469 | Hehe thats me |
| 490 | mommyanddad469 | lilikittababy | Yummy. Did you play with his cock? |
| 491 | lilikittababy | mommyanddad469 | Didnt get a chance to |
| 492 | lilikittababy | mommyanddad469 | And wasnt I promised a link for doggy videos?ðŸ¤”ðŸ˜œ |
| 493 | mommyanddad469 | lilikittababy | What are you doing right now? |
| 494 | mommyanddad469 | lilikittababy | https://mega.nz/#F!URlHTK7D!oAoxFNMnAwkPGsA8D1tXZw |
| 495 | lilikittababy | mommyanddad469 | Got ground for back talking but im backkkk |
| 496 | mommyanddad469 | lilikittababy | Heyyy |

| 497 | mommyanddad469 | lilikittababy | |
| 498 | mommyanddad469 | lilikittababy | |
| 499 | mommyanddad469 | lilikittababy | |
| 500 | mommyanddad469 | lilikittababy | |
| 501 | mommyanddad469 | lilikittababy | |
| 502 | mommyanddad469 | lilikittababy | |
| 503 | mommyanddad469 | lilikittababy | |
| 504 | mommyanddad469 | lilikittababy | |
| 505 | mommyanddad469 | lilikittababy | |
| 506 | mommyanddad469 | lilikittababy | |
| 507 | mommyanddad469 | lilikittababy | |
| 508 | mommyanddad469 | lilikittababy | Hey... |